# EXHIBIT 2

## 公司介绍

尧唐（上海）生物科技有限公司成立于2021年，是一家专注于结合mRNA体内递送技术和基因编辑技术，开发新一代mRNA药物和基因编辑药物的高科技生物技术公司。尧唐生物通过对CRISPR、碱基编辑和其他新一代基因编辑工具的持续开发和优化，对新一代mRNA生产平台和脂质纳米载体组装工艺的创新型改进，致力于开发针对遗传性疾病和心血管疾病的体内基因编辑药物。公司创始团队源于学术界和产业界的有机融合，由来自美国哈佛大学、华东师范大学、上海交通大学和中国科学院等国内外顶尖学术机构的学者负责创新性研发，来自美国知名mRNA和基因编辑医药公司的核心骨干负责生产工艺优化和放大，共同组建中国领先的基因编辑和mRNA药物研发和生产平台。



使命
坚持开发创新型基因药物
为患者提供更优治疗选择



愿景
推动颠覆性生命科学
提高患者生活质量



价值观

坚韧，严谨，卓越

创新，使命必达




## 管理团队



公司创始团队源于学术界和产业界的有机融合，由来自美国哈佛大学、华东师范大学、上海交通大学和中国科学院等国内外顶尖学术机构的学者负责创新性研发，来自美国知名mRNA医药公司的核心骨干负责生产工艺优化和放大，致力于组建中国领先的基因编辑和mRNA药物研发和生产平台。

# Contact us

Tel :021-52260086 Email:info@yoltx.com

YolTech THERAPEUTICS 尧唐生物

021-52260086

info@yoltx.com

版权所有© 尧唐（上海）生物科技有限公司
沪ICP备2021023151号-1
Powered By VTHINK