# EXHIBIT 4

ByDrug 从这里了解医药行业
首页 行业报告 医药新闻 医药日历 NEW 数据查询 医药政策 博客中心 全球资源链接

药新闻 > 新闻详情

# 勿No.63丨尧唐生物创始人吴宇轩：国内首个基于LNP递送的体内基因勿注册临床，只是尧唐生物的起点

18:01 | 查看原文 收藏

尧唐生物

生物经纬 BIOMATRIX

点击上方蓝字
关注我们







尧唐生物科技有限公司创始人 吴宇轩

尧唐生物
共发布文章 62 篇

医药日历
17 今 19 20
今日事件
北京·首届生物医学新技术
首届生物医学新技术临床研
大会将于8月18日至19日在
2026-08-18 ~ 2026-08-19
前往【医药日历】查看

微信扫一扫订阅
小程序医药日报
每日9:00医药魔方Plus推送

推荐
• [报告] 全球新药月报-第63
• [报告] EASD 2026_摘要内
• [报告] 小核酸药物研发现状
• [报告] WCLC 2026_摘要标
• [报告] 2026Q2中国实体零
• [报告] EAN 2026_摘要内容
• [报告] ESMO 2026_摘要标
• [报告] 2026H1医药
• [报告] ENDO 2026
• [报告] 2026H1医疗

魔方智选

了极好的疗效，为国内首个成功通过CRISPR基因编辑治疗遗传性疾病的临床试验。在Nature Medicine等学术期刊上发表研究论文多篇。

生物经纬：能请您介绍一下在尧唐生物诞生之前，您的过往经历吗？

**吴宇轩博士：**我在武汉大学攻读学士至博士期间一直专注于生物科学领域。博士毕业后，我加入了中科院生化细胞所李劲松院士实验室，在干细胞和发育生物学等领域得到了系统性的科学训练。几个月后CRISPR技术问世，我意识到其可能是一项划时代的技术。李老师实验室有国际一流的胚胎操作技术，我们把这一技术和基因编辑相结合，直接在先天性白内障疾病小鼠模型的受精卵里面，靶向修饰致病基因，获得了拥有健康基因，并可以稳定传代的健康小鼠，这是我们在动物水平上第一次证明了CRISPR基因编辑可以被用来修复基因突变导致的遗传疾病，促使我对基因编辑的未来应用也有了更多的思考。

2015年，在看到基因编辑技术的潜力之后，我便开始设想如何把这一技术应用于临床，真正用于疾病治疗。后来，我加入了哈佛医学院和波士顿儿童医院Daniel Bauer教授实验室。在Bauer实验室，结合其成熟的造血干细胞平台，及自己多年的基因编辑经验，花了两年的时间，建立起了造血干细胞中高效的基因编辑系统，证明了可以通过在造血干细胞中高效编辑BCL11A增强子位点，来治疗镰刀状贫血和地中海贫血，同时发表了两篇Nature Medicine文章。

2018年，我开始思考回国将这一技术进行临床转化。我与华东师范大学生科院院长刘明耀老师取得联系。刘老师不仅在华师大从事GPCR和肿瘤相关研究，取得了很多突破性进展，还创办了邦耀生物，致力于CAR-T治疗和基因治疗。与此同时，我加入华东师范大学担任教授，组建了自己的实验室，并成为邦耀生物的联合创始人，领导搭建了邦耀的造血干细胞基因编辑平台，并开发了治疗地中海贫血的基因编辑药物。2020年，我们将CRISPR基因编辑疗法在中国推向了临床。

生物经纬：您选择自主创业的初心是什么？

**吴宇轩博士：**自从CRISPR技术问世以来，我就一直对其保持持续关注并从事相关研究。在邦耀生物期间，我们和中南大学湘雅医院进行了几例重度地中海贫血儿童患者临床试验，这是全球首次将CRISPR基因编辑技术用于治疗重度地贫患儿。当我们看到自己开发的药物，让这些本来连生存都成问题的地贫患儿完全恢复了健康，甚至有望“做到一次给药，终生治愈”后。我对基因编辑技术在临床转化方面的信心更加坚定。直到2021年，尧唐生物创立，致力于体内基因编辑药物的开发，能惠及更广大的患者。

魔方智选

生物经纬：当时为什么会选择体内基因编辑这条赛道呢？

治疗的成本相当高昂，这样的价格对产品商业化前景和盈利可能提出了巨大挑战。所以我认为，基因编辑药物的最终形式一定是非病毒的体内编辑，既能降低成本、提高产能，又安全有效，同时能治疗更多的适应症。

生物经纬：公司成立之后，遇到过哪些危机与挑战？您是如何克服的？

**吴宇轩博士：**体内基因编辑药物的工艺开发、放大，乃至分析方法开发环节，都有着许多挑战。其中，mRNA-LNP药物的工艺放大是一个重要难题，很多做mRNA药物和疫苗的公司都是在工艺放大这一步走了很多弯路。

而我们尧唐生物非常幸运，在成立之初就有王子君博士这样在北美mRNA药物和体内基因编辑药物产业界有多年经验的联合创始人。王博带领团队，在两年时间内开发了尧唐生物的体内基因编辑药物生产系统和CMC，所生产药物的安全性和有效性在上千只小鼠和数十只非人灵长类大动物中得到验证，并完成了中国第一个非病毒体内基因编辑药物的IND申报。

生物经纬：针对当前基因治疗药物价格昂贵的问题，尧唐生物在成本控制方面采取了哪些措施？

**吴宇轩博士：**传统的基于病毒载体的基因治疗药物生产成本高昂，导致了其售价昂贵。但LNP递送系统与之不同，它只包含4种脂质物质，其生产合成成本相对于病毒来说非常低。此外，编码基因编辑器的mRNA的生产也只是个酶促反应，产能很大，成本也相对较低。商业化之后，基于LNP-mRNA递送的体内基因编辑药物的生产成本可以降到传统基因治疗药物成本的5%甚至更低。

生物经纬：尧唐生物的管线进展如何？

**吴宇轩博士：**目前，我们进展最快的是治疗转甲状腺素蛋白淀粉样变（ATTR）的管线，代号为YOLT-201。ATTR是心衰中的一个特殊亚型，包括遗传性和非遗传性两类。遗传性ATTR由肝脏分泌的TTR蛋白突变导致，在血液中容易出现错误折叠，形成淀粉样变，并沉积在心肌细胞或神经细胞中，产生致命影响，传统方法无法治疗。还有一类是野生型ATTR，拥有正常TTR基因的某些个体，随着年龄的增长，也会出现TTR蛋白的错误折叠和淀粉样变，有较高风险发展为ATTR疾病。

目前对ATTR的治疗药物非常有限，疾病的致死性较高，中位生存率仅有2～5年，YOLT-201作为公司自主研发的首个体内基因编辑治疗药物，可以在人肝脏中实现高效特异的TTR靶基因敲

魔方智选

线已经递交IND，准备开展临床试验。

除此之外，尧唐生物还有覆盖从罕见病到常见代谢病、心血管疾病的多个管线，其中一些也已经拿到了出色的大动物数据，计划于2024年开展临床试验。

生物经纬：目前体内基因编辑仍然针对的是单基因病变，未来能否对多基因遗传病进行治疗？

**吴宇轩博士：**从理论和技术角度上来说，对多基因遗传病进行体内基因编辑是可行的。目前的体内基因编辑技术在同时编辑多个位点上是完全没有问题的。只是从公司的管线策略出发，我们会先解决单基因病，再探索攻克多基因疾病。

生物经纬：您认为初创公司想要成功，需要具备哪些要素？

**吴宇轩博士：**首先，创始团队必须具备一致的理念和价值观。在尧唐生物，我们的目标是开发具有全球创新性的技术，并研究能够真正造福患者的药物。

其次，行动力至关重要。我们非常重视的一个价值观是“使命必达”。我们将所有项目都设定了重要的里程碑和截止日期，并动员整个团队，坚决去实现它，包括首个ATTR管线的Pre-IND、IND和临床开始的截止日期，以及临床样品生产的完成截止日期。所有这些项目都按计划完成，对于一个初创公司来说是非常不易的。更为挑战的是，国内还没有相关体内基因编辑药物递交IND的先例，其中存在许多难题都需要摸着石头过河，包括方法开发、工艺开发和文件撰写等。道阻且长，我们的团队秉持着使命必达的价值观，团结合作，最终得以高质量完成各项任务。

生物经纬：尧唐生物采取了哪些差异化策略来获得竞争力？

**吴宇轩博士：**和我们有一定竞争关系的公司基本都是美国公司，如Intellia、Verve和Beam等基因编辑药物研发公司。在差异化竞争方面，首先得策略就是必须要有自己的核心平台和底层工具。我们在Cas酶、碱基编辑器和脂质纳米颗粒（LNP）等三大核心技术方面拥有自主知识产权和核心专利保护。通过尧唐的高通量编辑器进化平台，我们将Cas和碱基编辑器进化到了目前同行业的最高效率。同时我们也筛选和优化了全新的LNP递送系统。这几个平台技术的叠加使得我们拥有了药效更佳的体内基因编辑药物。

在靶点方面，我们后续会针对一些全球First in Class的靶点开发体内基因编辑药物。虽然风险略高，但这些适应症没有有效的现有药物竞争，只有体内基因编辑药物才可以实现有效治疗。明年我们将会公布一些在这方面的研究成果。

魔方智选

**生物经纬：尧唐生物的融资历程如何?**

**吴宇轩博士：成立两年，尧唐经历了市场高点到低谷的跌宕起伏。在2022年，公司面临疫情困境，研发人员在封城期间坚守公司，在极短时间开发出整套LNP-mRNA药物生产工艺，这种精神和拼劲促成了我们顺利完成A轮逾亿元的融资。此后，我们又在多个基因编辑工具和LNP递送载体上取得突破，这些专利护城河使得我们不仅可以立足中国市场，同时为未来出海和进军全球市场打下了坚实的基础。这些进展促使我们在今年下半年完成了由德诚资本领投的逾亿元A+轮融资。**

**生物经纬：尧唐生物的未来计划是什么?**

**吴宇轩博士：我们希望到明年能有4~5条管线取得初步临床数据，其中一些管线能有潜力成为引领全球的体内基因编辑药物。在BD方面，我们引进了经验丰富的专业人才，并积极寻求与MNC或中国本土医药企业的合作。在首个管线的罕见病适应症临床得到推进后，我们会逐步开发一些治疗常见病的管线，如高胆固醇血症、乙肝等，以便让体内基因编辑药物惠及更广大的患者。**

魔方智选

公司专注于体内基因编辑技术，并通过mRNA-LNP递送系统开发新一代体内基因编辑药物，旨在为患者提供创新型基因治疗方案，满足全球未被满足的医疗需求。尧唐生物依托多个技术创新平台，成功发掘和进化了新一代基因编辑器YolCas和碱基编辑器YolBE，获得了具有自主知识产权的新型脂质纳米颗粒（LNP），实现了更高效率的体内递送。公司的产品管线可覆盖针对心血管疾病、代谢疾病、传染性疾病及遗传性疾病的治疗，并对靶向适应症实现"一次给药、终身治愈"的治疗效果。尧唐生物已建立南京GMP生产基地，并开发了完善的mRNA-LNP药物生产工艺及分析检测平台，目前已于2023年完成首个基于LNP递送的体内基因编辑药物的临床申报。作为公司的核心价值观，尧唐生物始终坚持科技创新，并以临床价值为导向，致力于开发真正具有临床意义的创新型基因药物，为患者提供更优的治疗选择，同时为全球人类健康事业的发展贡献中国力量。

新闻采集、文章整理丨**彭庶文**

图文编辑丨**刘爽**

**特别鸣谢**丨尧唐生物

本文系【生物经纬】原创，如需转载请联系我们。

商务合作丨马经理 15850522742

新闻投稿/访谈邀约

彭经理 18012921198

## 往期推荐

（向下滑动可查看）

经纬人物No.62丨普济生物董事长/创始人毛琳：推动技术变革，敢闯关山"万重"

经纬人物No.61丨炜璨医疗创始人&董事长李强：谋定而后动，打造国产最温柔输液方式No.1

经纬人物No.60丨澄实生物创始人徐实：路遥知马力，创新赢未来经纬人物No.59丨辛格迪健康董事长肖亮：勇做探路先锋 用技术创造健康价值

经纬人物No.58丨逸微健华创始人张昊：最简单的是坚持，最难得的还是坚持

经纬人物No.57丨威凯尔医药董事长刘永强：以坚韧不拔之心，大步追梦

经纬人物No.56丨纽欧申医药创始人申华琼：从"心"出发，矢志创新，于荆棘磨砺中突破自我

经纬人物No.55丨迦进生物创始人&CEO吴昊：大胆假设，勇敢突破，做中国的创新药

经纬人物 No.54丨昕瑞再生创始人兼首席科学家赵扬：怀匠心、炼匠行、筑匠梦的再生医学探路者

经纬人物No.53丨启辰生生物联合创始人/CTO栗世铀：积淀创新，mRNA开启肿瘤治疗新时代

经纬人物No.52丨朗博特药业创始人朱成强：因势制宜，提前布局，做中国宠物制药的领导者

魔方智选




LNP

]文章，均来自互联网，旨在传递更多信息。鉴于互联网的开放性和文章创作的复杂性，我们无法保证所转载的所有文章均已获得原作者的明确
]原作者或拥有相关权益，请与我们联系，我们将立即删除未经授权的文章。
]仅为方便读者查阅和了解相关信息，并不代表我们认同其观点和内容。读者应自行判断和鉴别转载文章的真实性、合法性和有效性。

**业**

**唐生物 →**
]估值/动态市值：约1.9亿美元

**布任命杨缴筠 （Jessie Yeung）女士为首席财务官**

2026-07-20 09:15

**新，赴美借壳上市：尧唐生物20亿美元交易背后的"NewCo"新范式**

)26-07-17 11:32

**l | 尧唐生物合作建立AI辅助基因编辑器优化平台**

2026-07-08 12:19

**自尧唐生物！这家NewCo通过反向并购登陆纳斯达克**

alley | 2026-06-27 12:00

**Capital牵头成立Newco融资2.3 亿美元，核心资产来自尧唐生物**

)26-06-24 11:51

**成近五亿元人民币C轮融资 | 松禾Portfolio**

魔方智选

iotech新获近5亿新一轮融资

ai | 2026-05-29 16:04

成近五亿元人民币C轮融资，致力于“一次给药、终身治愈”

| 2026-05-29 12:27

mRNA 基因编辑疗法开发公司获 C 轮融资

026-05-29 11:55

主攻体内基因编辑疗法，尧唐生物宣布完成C轮融资

| 2026-05-29 10:40



© 2026 All Rights Reserved 医药魔方 版权所有 沪ICP备2024080838号-7

魔方智选