# EXHIBIT 5




| | | | | |
|---|---|---|---|---|
| LNP体内递送 | 代谢性疾病 | YOLT-101 | 家族性高胆固醇血症(FH) | |
| | | YOLT-102 | UNDISCLOSED | |
| | | YOLT-103 | UNDISCLOSED | |
| | 遗传性疾病 | YOLT-201 | 转甲状腺素蛋白淀粉样变(ATTR) | |
| | | YOLT-202 | UNDISCLOSED | |
| | | YOLT-203 | 原发性高草尿酸症(PH1) | |
| | | YOLT-204 | UNDISCLOSED | |
| | | YOLT-205 | 遗传性血管性水肿(HAE) | |
| | 传染性疾病 | YOLT-301 | 乙型肝炎(HEPATITIS B) | |
| | | YOLT-302 | UNDISCLOSED | |

## 了解更多您感兴趣的内容









# Contact us

Tel :021-52260086 Email:info@yoltx.com

YolTech
THERAPEUTICS
尧唐生物

021-52260086

info@yoltx.com

版权所有© 尧唐（上海）生物科技有限公司
沪ICP备2021023151号-1
Powered By VTHINK