# EXHIBIT 7

(19)国家知识产权局

(12)发明专利申请

(10)申请公布号 CN 114989182 A
(43)申请公布日 2022.09.02

(21)申请号 202210725548.7

(22)申请日 2022.06.23

(71)申请人 尧唐(上海)生物科技有限公司
地址 201100 上海市闵行区潭竹路58号1幢1201室

(72)发明人 王子君

(74)专利代理机构 北京林达刘知识产权代理事务所(普通合伙) 11277
专利代理师 刘新宇 李茂家

(51)Int.Cl.
*C07D 491/08*(2006.01)
*C07D 209/52*(2006.01)
*A61K 47/22*(2006.01)
*A61K 9/51*(2006.01)

权利要求书16页 说明书36页 附图2页

(54)发明名称

脂质化合物、包含其的组合物及应用

(57)摘要

本发明涉及脂质化合物、包含其的组合物及应用。本发明提供式(I)化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物。本发明的化合物可用于递送核酸药物、基因疫苗、小分子药物、多肽或蛋白质药物,丰富了阳离子脂质化合物的种类,尤其对核酸预防剂和治疗剂的发展和应用具有重要的意义。




I

CN 114989182 A

1.一种式(I)化合物或其药学上可接受的形式，



I

其中

n选自1或2；

A、B各自独立地选自-R、-$X_1$或-$X_2$；条件是A和B不同时为R；

R选自H、卤素、氰基、硝基、羟基、氨基、-L-$R_y$或；

$X_1$为；

$X_2$为；

$R_x$选自H、羟基、卤素、氰基、氨基、$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基，所述$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、$C_{1-6}$烷基、$C_{1-6}$烷氧基、氰基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或；

$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或-$G_9$-L-$R_6$，所述$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{1-6}$烷氧基、$C_{2-30}$烯基、$C_{3-8}$环烷基、

3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或，所述$C_{3-8}$环烷基任选地被一个或多个卤素或$C_{1-6}$烷基取代；

$R_6$选自H、$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基；所述$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{1-6}$烷氧基、$C_{2-30}$烯基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或，所述$C_{3-8}$环烷基任选地被一个或多个卤素或$C_{1-6}$烷基取代；

$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$C_{1-30}$亚烷基、$C_{2-30}$亚烯基、$C_{3-30}$亚环烷基、$C_{3-30}$亚环烯基或3-8元亚杂环基，所述$C_{1-30}$亚烷基、$C_{2-30}$亚烯基、$C_{3-30}$亚环烷基、$C_{3-30}$亚环烯基或3-8元亚杂环基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{1-6}$烷氧基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或$-G_9-L-R_6$；

L、$L_1$、$L_2$、$L_3$和$L_4$各自独立地选自键、$-C(=O)NR_5-$、$-NR_5C(=O)-$、$-C(=O)O-$、$-OC(=O)-$、$-OC(=O)O-$、$-OC(=O)NR_5-$、$-NR_5C(=O)O-$、$-NR_5C(=O)NR_5-$、$-NR_5C(=NR_5)NR_5-$、$-C(=S)NR_5-$、$-NR_5C(=S)-$、$-C(=S)O-$、$-OC(=S)-$、$-OC(=S)O-$、$-OC(=S)NR_5-$、$-NR_5C(=S)O-$、$-NR_5C(=S)NR_5-$、$-C(=O)S-$、$-SC(=O)-$、$-OC(=O)S-$、$-NR_5C(=O)S-$、$-SC(=O)NR_5-$、$-C(=S)S-$、$-SC(=S)-$、$-SC(=S)O-$、$-NR_5C(=S)S-$、$-SC(=S)NR_5-$、$-O-N=CR_5-$、$-CR_5=N-O-$、-O-或-S-；

每个$R_5$独立地选自H、$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{3-30}$环烷基、$C_{3-30}$环烯基或3-8元杂环基，所述$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{3-30}$环烷基、$C_{3-30}$环烯基或3-8元杂环基任选地被一个或多个以下取代基取代：卤素、氰基、$C_{1-6}$烷氧基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基；

X选自-O-、$-CH_2-$、$-NR_y-$、-C(=O)-或$-OCH_2-$；

Y选自$-CH_2-$、$-CH_2CH_2-$、-C(=O)-或键；

U选自$-CH_2-$、-C(=O)-或键；

Y和U中的所述$-CH_2-$或$-CH_2CH_2-$任选地被一个或多个以下取代基取代：卤素、硝基、羟基、$C_{1-6}$烷基、$C_{1-6}$烷氧基、氰基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基；

所述药学上可接受的形式选自药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物。

2.根据权利要求1所述的化合物或其药学上可接受的形式，其中n为1；$R_x$为H。

3.根据权利要求1或2所述的化合物或其药学上可接受的形式，其中U选自$-CH_2-$或键；X选自$-CH_2-$或-O-。

4.根据权利要求1所述的化合物或其药学上可接受的形式，其中n为1；X为$-CH_2-$；U为键；

$R_x$选自H、羟基、卤素、氰基、氨基、$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基，所述$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、$C_{1-6}$烷基、$C_{1-6}$烷氧基、氰基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或。

5.根据权利要求1-4中任一项所述的化合物或其药学上可接受的形式，其中A、B各自独立地选自-R或-$X_1$；R选自H、卤素、氰基、硝基、羟基、氨基、-L-$R_y$或；优选地，R选自H、羟基、-L-$R_y$或；优选地，A为-$X_1$，B为-R；更优选地，A为-$X_1$，B选自H或羟基。

6.根据权利要求1所述的化合物或其药学上可接受的形式，其中$R_x$选自H、羟基、卤素、氰基、氨基或$C_{1-6}$烷基，所述$C_{1-6}$烷基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、氰基、3-8元杂环基、5-10元杂芳基或；

优选地，$R_x$选自H、羟基、卤素、氰基、氨基或$C_{1-4}$烷基，所述$C_{1-4}$烷基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、氰基或；

优选地，$R_x$选自H或，更优选地，$R_x$为H。

7.根据权利要求1-6中任一项所述的化合物或其药学上可接受的形式，其中$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基或-$G_9$-L-$R_6$，所述$C_{1-30}$烷基、$C_{2-30}$烯基或$C_{2-30}$炔基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{2-30}$烯基、$C_{3-8}$环烷基或

，所述$C_{3-8}$环烷基任选地被一个或多个卤素或$C_{1-6}$烷基取代；

优选地，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、$C_{1-24}$烷基、$C_{2-24}$烯基、$C_{2-24}$炔基或$-G_9-L-R_6$，所述$C_{1-24}$烷基、$C_{2-24}$烯基或$C_{2-24}$炔基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{2-24}$烯基、$C_{3-6}$环烷基或，所述$C_{3-6}$环烷基任选地被一个或多个卤素或$C_{1-4}$烷基取代；

优选地，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、甲基、、、、、、

Case 1:26-cv-14414-FDS Document 1-7 Filed 09/25/26 Page 7 of 56



、、、、

、、、

、、

、、

、、

、、

、、

、、

、、、、或

；

优选地，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、甲基、、、

、、、

、、、、

、或；

更优选地，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自、、

、、或;

$R_6$选自H、$C_{1-30}$烷基、$C_{2-30}$烯基或$C_{2-30}$炔基;优选地,$R_6$选自H、$C_{1-24}$烷基、$C_{2-24}$烯基或$C_{2-24}$炔基;更优选地,$R_6$选自、、、、、或。

8.根据权利要求1-7中任一项所述的化合物或其药学上可接受的形式,其中$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$C_{1-30}$亚烷基或$C_{2-30}$亚烯基,所述$C_{1-30}$亚烷基或$C_{2-30}$亚烯基任选地被一个或多个以下取代基取代:卤素、氰基、氧代基或$-G_9-L-R_6$;

优选地,$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$C_{1-24}$亚烷基或$C_{2-24}$亚烯基,所述$C_{1-24}$亚烷基或$C_{2-24}$亚烯基任选地被一个或多个氧代基或$-G_9-L-R_6$取代;

优选地,$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$-CH_2-$、$-CH_2CH_2-$、、、、、、、、或,其中$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$任选地被一个或多个以下取代基取代:氧代基、、、或;

更优选地,$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$-CH_2-$、$-CH_2CH_2-$、、、、、、、或。

9.根据权利要求1-6中任一项所述的化合物或其药学上可接受的形式,其中L、$L_1$、$L_2$、$L_3$和$L_4$各自独立地选自键、$-C(=O)NR_5-$、$-NR_5C(=O)-$、$-C(=O)O-$或$-OC(=O)-$;

每个$R_5$独立地选自H、$C_{1-30}$烷基或$C_{2-30}$烯基,所述$C_{1-30}$烷基或$C_{2-30}$烯基任选地被一个或多

个以下取代基取代：卤素、氰基、$C_{1-6}$烷氧基、$C_{3-8}$环烷基或3-8元杂环基；优选地，每个$R_5$独立地选自H、$C_{1-24}$烷基或$C_{2-24}$烯基；优选地，每个$R_5$独立地选自H、甲基、

、、或；

优选地，L、$L_1$、$L_2$、$L_3$和$L_4$各自独立地选自键、-C(=O)O-或-OC(=O)-。

10.根据权利要求1所述的化合物或其药学上可接受的形式，其中所述式(I)化合物选自下述化合物：




























其中，$R_x$、$R_y$、$G_1$、$G_2$、A和B如权利要求1中所定义。

11.根据权利要求1-9中任一项所述的化合物或其药学上可接受的形式，其中所述式(I)化合物具有式(II-1)所示的结构：




**II-1**

其中，R、$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$、$L_2$、n、U、X和Y如权利要求1-9中任一项所定义。

12.根据权利要求1-9中任一项所述的化合物或其药学上可接受的形式，其中所述式(I)化合物具有式(II-2)所示的结构：




II-2

其中，R、$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$、$L_2$、n、U、X和Y如权利要求1-9中任一项所定义。

13.根据权利要求1-9中任一项所述的化合物或其药学上可接受的形式，其中所述式(I)化合物具有式(II-3)所示的结构：




II-3

其中，$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$、$L_2$、n、U、X和Y如权利要求1-9中任一项所定义。

14.根据权利要求1-9中任一项所述的化合物或其药学上可接受的形式，其中所述式(I)化合物具有式(III-1)或式(III-2)所示的结构：




III-1




III-2

其中，R、$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$和$L_2$如权利要求1-9中任一项所定义。

15.根据权利要求1-9中任一项所述的化合物或其药学上可接受的形式，其中所述式(I)化合物具有式(IV-1)或式(IV-2)所示的结构：



IV-1



IV-2

其中，R、$R_1$、$R_2$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$和$L_2$如权利要求1-9中任一项所定义。

16.根据权利要求1-9中任一项所述的化合物或其药学上可接受的形式，其中所述式(I)化合物具有式(V-1)或式(V-2)或式(V-3)或式(V-4)所示的结构：



V-1



V-2



V-3



V-4

其中，$R_1$、$R_2$、$G_1$、$G_3$、$G_4$、$L_1$和$L_2$如权利要求1-9中任一项所定义。

17.化合物或其药学上可接受的形式，其中所述化合物选自如下化合物：

| 化合物结构 | 化合物结构 |
|---|---|
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |



所述药学上可接受的形式选自药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物。

18.一种脂质载体，其包含根据权利要求1-17中任一项所述的化合物或其药学上可接受的形式。

19.根据权利要求18所述的脂质载体，其包含第一脂质化合物和第二脂质化合物，其中，所述第一脂质化合物包含根据权利要求1-17中任一项所述的化合物或其药学上可接受的形式以及任选的其它阳离子脂质，所述第二脂质化合物包含阴离子脂质、中性脂质、类固醇和聚合物结合的脂质中的一种或两种以上的组合。

20.一种核酸脂质纳米粒组合物，其包括根据权利要求1-17中任一项所述的化合物或其药学上可接受的形式或根据权利要求18或19所述的脂质载体，以及核酸药物。

21.根据权利要求20所述的核酸脂质纳米粒组合物，所述核酸药物包括RNA、DNA、反义核酸、适配体、核酶、免疫刺激性核酸或PNA；优选地，所述反义核酸为反义寡核酸；优选地，所述RNA为mRNA、rRNA、circRNA、siRNA、saRNA、tRNA、snRNA、antagomir、微RNA抑制剂、微RNA激活剂或shRNA；优选地，所述DNA包括质粒。

22.一种药物制剂，其包含根据权利要求1-17中任一项所述的化合物或其药学上可接受的形式或根据权利要求18或19所述的脂质载体或根据权利要求20或21所述的核酸脂质纳米粒组合物、以及药学上可接受的赋形剂、载体或稀释剂。

23.根据权利要求1-17中任一项所述的化合物或其药学上可接受的形式或根据权利要求18或19所述的脂质载体或根据权利要求20或21所述的核酸脂质纳米粒组合物或根据权利要求22所述的药物制剂在制备核酸药物、基因疫苗、小分子药物、多肽或蛋白质药物中的用途。

# 脂质化合物、包含其的组合物及应用

## 技术领域

[0001] 本发明属于生物医药、基因治疗技术领域，具体涉及一种脂质化合物及包含其的脂质载体、核酸脂质纳米粒组合物和药物制剂。

## 背景技术

[0002] 基因治疗技术是现代生物医药领域研究的热点，利用核酸药物可预防癌症、细菌和病毒感染及治疗具有遗传病因的疾病等。由于核酸药物具有易降解、难以进入细胞等特点，需要借助载体将其封装起来递送至靶细胞，因此，开发安全高效的递送载体就成为基因治疗在临床应用的前提。

[0003] 脂质纳米颗粒(Lipid nanoparticle,LNP)目前是非病毒基因载体领域的研究热点。2018年，FDA批准了LNP递送patisiran(onpattro)来治疗遗传性转甲状腺素蛋白淀粉样变性，自此运用LNP技术递送核酸药物的研究呈现迸发式地增长；特别是2020年底，FDA分别批准了Moderna和BioNtech&辉瑞针对COVID-19的新冠病毒疫苗，这两种疫苗均采用LNP技术递送mRNA药物，从而实现了对COVID-19病毒的预防。

[0004] LNP通常由四种脂质化合物组成，即阳离子脂质、中性脂质、类固醇和聚合物结合的脂质，其中，阳离子脂质的选择对LNP的影响最大，如影响核酸药物的包封率、核酸药物在体内的递送效率以及细胞毒性等。

[0005] 但核酸治疗药物发挥作用仍面临一些挑战，主要包括低细胞渗透性和对包括RNA在内的某些核酸分子降解的高敏感性。因此，仍需要开发新的脂质化合物促进核酸分子的活体外或活体内递送以实现治疗和/或预防目的。

## 发明内容

[0006] 发明要解决的问题

[0007] 本发明的目的在于克服上述缺点，提供了一系列化合物，该化合物可与其它脂质化合物共同制备脂质载体，提升核酸药物在体内的递送效率，可根据核酸药物需要富集的器官而选用特定结构的脂质化合物作为脂质载体。

[0008] 本发明还提供包含上述化合物的脂质载体。

[0009] 本发明还提供包含上述化合物或上述脂质载体的核酸脂质纳米粒组合物。

[0010] 本发明还提供包含上述化合物、或上述脂质载体、或上述核酸脂质纳米粒组合物的药物制剂。

[0011] 本发明还提供上述化合物或其药学上可接受的形式或上述脂质载体或上述核酸脂质纳米粒组合物或上述药物制剂在制备核酸药物、基因疫苗、小分子药物、多肽或蛋白质药物中的用途。

[0012] 本发明还提供用于体内递送核酸药物的方法，所述方法包括向有需要的受试者施用上述核酸脂质纳米粒组合物或上述药物制剂。

[0013] 用于解决问题的方案

[0014] 〈第一方面〉

[0015] 本发明提供了式(I)化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物，

[0016] 

[0017] 其中

[0018] n选自1或2；

[0019] A、B各自独立地选自-R、$-X_1$或$-X_2$；条件是A和B不同时为R；

[0020] R选自H、卤素、氰基、硝基、羟基、氨基、$-L-R_y$或 ；

[0021] $X_1$为 ；

[0022] $X_2$为 ；

[0023] $R_x$选自H、羟基、卤素、氰基、氨基、$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基，所述$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、$C_{1-6}$烷基、$C_{1-6}$烷氧基、氰基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或

；

[0024] $R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或$-G_9-L-R_6$，所述$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{1-6}$烷氧基、$C_{2-30}$烯基、$C_{3-8}$

环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或  ，所述$C_{3-8}$环烷基任选地被一个或多个卤素或$C_{1-6}$烷基取代；

[0025] $R_6$选自H、$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基；所述$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基、$C_{3-30}$环烷基、$C_{3-30}$环烯基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{1-6}$烷氧基、$C_{2-30}$烯基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或  ，所述$C_{3-8}$环烷基任选地被一个或多个卤素或$C_{1-6}$烷基取代；

[0026] $G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$C_{1-30}$亚烷基、$C_{2-30}$亚烯基、$C_{3-30}$亚环烷基、$C_{3-30}$亚环烯基或3-8元亚杂环基，所述$C_{1-30}$亚烷基、$C_{2-30}$亚烯基、$C_{3-30}$亚环烷基、$C_{3-30}$亚环烯基或3-8元亚杂环基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{1-6}$烷氧基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或$-G_9-L-R_6$；

[0027] L、$L_1$、$L_2$、$L_3$和$L_4$各自独立地选自键、-C(=O)$NR_5$-、-$NR_5$C(=O)-、-C(=O)O-、-OC(=O)-、-OC(=O)O-、-OC(=O)$NR_5$-、-$NR_5$C(=O)O-、-$NR_5$C(=O)$NR_5$-、-$NR_5$C(=$NR_5$)$NR_5$-、-C(=S)$NR_5$-、-$NR_5$C(=S)-、-C(=S)O-、-OC(=S)-、-OC(=S)O-、-OC(=S)$NR_5$-、-$NR_5$C(=S)O-、-$NR_5$C(=S)$NR_5$-、-C(=O)S-、-SC(=O)-、-OC(=O)S-、-$NR_5$C(=O)S-、-SC(=O)$NR_5$-、-C(=S)S-、-SC(=S)-、-SC(=S)O-、-$NR_5$C(=S)S-、-SC(=S)$NR_5$-、-O-N=$CR_5$-、-$CR_5$=N-O-、-O-或-S-；

[0028] 每个$R_5$独立地选自H、$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{3-30}$环烷基、$C_{3-30}$环烯基或3-8元杂环基，所述$C_{1-6}$烷氧基、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{3-30}$环烷基、$C_{3-30}$环烯基或3-8元杂环基任选地被一个或多个以下取代基取代：卤素、氰基、$C_{1-6}$烷氧基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基；

[0029] X选自-O-、-$CH_2$-、-$NR_y$-、-C(=O)-或-$OCH_2$-；

[0030] Y选自-$CH_2$-、-$CH_2CH_2$-、-C(=O)-或键；

[0031] U选自-$CH_2$-、-C(=O)-或键；

[0032] Y和U中的所述-$CH_2$-或-$CH_2CH_2$-任选地被一个或多个以下取代基取代：卤素、硝基、羟基、$C_{1-6}$烷基、$C_{1-6}$烷氧基、氰基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基或5-10元杂芳基。

[0033] 在一些实施方案中，其中n为1；$R_x$为H。

[0034] 在一些实施方案中，其中U选自-$CH_2$-或键；X选自-$CH_2$-或-O-。

[0035] 在一些实施方案中，其中U为-$CH_2$-；X为-$NR_y$-。

[0036] 在一些实施方案中，其中U为-C(=O)-；$R_x$为H；Y为-$CH_2$-；X为-$NR_y$-。

[0037] 在一些实施方案中，其中n为1；X为-$CH_2$-；U为键；$R_x$选自H、羟基、卤素、氰基、氨基、$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基，所述$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基任选地被一个

或多个以下取代基取代：卤素、硝基、羟基、$C_{1-6}$烷基、$C_{1-6}$烷氧基、氰基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或。

[0038] 在一些实施方案中，其中n为2；U为$-CH_2-$；X选自$-CH_2-$或-O-；Y选自$-CH_2-$或键；$R_x$选自H、羟基、卤素、氰基、氨基、$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基，所述$C_{1-6}$烷氧基、$C_{1-6}$烷基或3-8元杂环基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、$C_{1-6}$烷基、$C_{1-6}$烷氧基、氰基、$C_{3-8}$环烷基、3-8元杂环基、$C_{6-10}$芳基、5-10元杂芳基或。

[0039] 在一些实施方案中，A、B各自独立地选自-R或$-X_1$；条件是A和B不同时为R；R选自H、卤素、氰基、硝基、羟基、氨基、$-L-R_y$或。

[0040] 在一些优选的实施方案中，A、B各自独立地选自-R或$-X_1$；条件是A和B不同时为R；R选自H、羟基、$-L-R_y$或。

[0041] 在一些实施方案中，A为$-X_1$，B为-R；更优选地，A为$-X_1$，B选自H或羟基。

[0042] 在一些实施方案中，$R_x$选自H、羟基、卤素、氰基、氨基或$C_{1-6}$烷基，所述$C_{1-6}$烷基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、氰基、3-8元杂环基、5-10元杂芳基或

。

[0043] 在一些优选的实施方案中，$R_x$选自H、羟基、卤素、氰基、氨基或$C_{1-4}$烷基，所述$C_{1-4}$烷基任选地被一个或多个以下取代基取代：卤素、硝基、羟基、氰基或。

[0044] 在一些更优选的实施方案中，$R_x$选自H或，优选地，$R_x$为H。

[0045] 在一些实施方案中，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、$C_{1-30}$烷基、$C_{2-30}$烯基、$C_{2-30}$炔基或$-G_9-L-R_6$，所述$C_{1-30}$烷基、$C_{2-30}$烯基或$C_{2-30}$炔基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{2-30}$烯基、$C_{3-8}$环烷基或，所述$C_{3-8}$环烷基任选地被一个或多个卤素或$C_{1-6}$烷基取代。

[0046] 在一些优选的实施方案中，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、$C_{1-24}$烷基、$C_{2-24}$烯基、$C_{2-24}$炔基或$-G_9-L-R_6$，所述$C_{1-24}$烷基、$C_{2-24}$烯基或$C_{2-24}$炔基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基、$C_{2-24}$烯基、$C_{3-6}$环烷基或，所述$C_{3-6}$环烷基任选地被一个或多个卤素或$C_{1-4}$烷基取代。

[0047] 在一些优选的实施方案中，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地为$C_{1-24}$烷基；优选地，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地为$C_{6-24}$烷基。

[0048] 在一些更优选的实施方案中，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、甲基、、

、、、、
、、、、
、、、
、、
、
、、
、、
、、
、、
、、、、或
。

[0049] 在一些更优选的实施方案中，$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自H、甲基、、、、、、、、、、、或；更优选地，

$R_1$、$R_2$、$R_3$、$R_4$和$R_y$各自独立地选自、、、

、或。

[0050] 在一些实施方案中，$R_6$选自H、$C_{1-30}$烷基、$C_{2-30}$烯基或$C_{2-30}$炔基。

[0051] 在一些实施方案中，$R_6$选自H、$C_{1-24}$烷基、$C_{2-24}$烯基或$C_{2-24}$炔基。

[0052] 在一些实施方案中，$R_6$选自、、

、、、或

。

[0053] 在一些实施方案中，$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$C_{1-30}$亚烷基或$C_{2-30}$亚烯基，所述$C_{1-30}$亚烷基或$C_{2-30}$亚烯基任选地被一个或多个以下取代基取代：卤素、氰基、氧代基或-$G_9$-L-$R_6$。

[0054] 在一些实施方案中，$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、$C_{1-24}$亚烷基或$C_{2-24}$亚烯基，所述$C_{1-24}$亚烷基或$C_{2-24}$亚烯基任选地被一个或多个氧代基或-$G_9$-L-$R_6$取代。

[0055] 在一些实施方案中，$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键或$C_{1-24}$亚烷基；优选地，$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键或$C_{1-18}$亚烷基。

[0056] 在一些优选的实施方案中，$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、-$CH_2$-、-$CH_2CH_2$-、、、、、

、、、

或，其中$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$任选地被一个或多个以下取代基取代：氧代基、

、、

、或

。

[0057] 在一些优选的实施方案中，$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$和$G_9$各自独立地选自键、-$CH_2$-、-$CH_2CH_2$-、、、、、

、、或

。

[0058] 在一些实施方案中，L、$L_1$、$L_2$、$L_3$和$L_4$各自独立地选自键、-C(=O)$NR_5$-、-$NR_5$C(=O)-、-C(=O)O-或-OC(=O)-。

[0059] 在一些实施方案中，每个$R_5$独立地选自H、$C_{1-30}$烷基或$C_{2-30}$烯基，所述$C_{1-30}$烷基或$C_{2-30}$烯基任选地被一个或多个以下取代基取代：卤素、氰基、$C_{1-6}$烷氧基、$C_{3-8}$环烷基或3-8元杂环基。

[0060] 在一些实施方案中，每个$R_5$独立地选自H、$C_{1-24}$烷基或$C_{2-24}$烯基。

[0061] 在一些实施方案中，每个$R_5$独立地选自H、甲基、、、

或。

[0062] 在一些实施方案中，L、$L_1$、$L_2$、$L_3$和$L_4$各自独立地选自键、-C(=O)O-或-OC(=O)-。

[0063] 在一些实施方案中，X选自-O-或-$CH_2$-；优选地，X为-O-。

[0064] 在一些实施方案中，Y选自-$CH_2$-或键；优选地，Y为-$CH_2$-。

[0065] 在一些实施方案中，U选自-$CH_2$-或键。

[0066] 在一些实施方案中，所述式(I)化合物选自下述化合物：










[0067]



















[0068] 其中，$R_x$、$R_y$、$G_1$、$G_2$、A和B如式(I)中所定义。

[0069] 在一些实施方案中，所述式(I)化合物具有式(II-1)所示的结构：

[0070] 

II-1

[0071] 其中,R、$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$、$L_2$、n、U、X和Y如式(I)中所定义。

[0072] 在一些实施方案中,所述式(I)化合物具有式(II-2)所示的结构:

[0073] 

II-2

[0074] 其中,R、$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$、$L_2$、n、U、X和Y如式(I)中所定义。

[0075] 在一些实施方案中,所述式(I)化合物具有式(II-3)所示的结构:

[0076] 

II-3

[0077] 其中,$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$、$L_2$、n、U、X和Y如式(I)中所定义。

[0078] 在一些实施方案中,所述式(I)化合物具有式(II-4)所示的结构:

[0079] 

II-4

[0080] 其中，R、$R_1$、$R_2$、$R_3$、$R_4$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$、$L_1$、$L_2$、$L_3$、$L_4$、n、U、X和Y如式(I)中所定义。

[0081] 在一些实施方案中，所述式(I)化合物具有式(II-5)所示的结构：

[0082] 

II-5

[0083] 其中，R、$R_1$、$R_2$、$R_3$、$R_4$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$、$L_1$、$L_2$、$L_3$、$L_4$、n、U、X和Y如式(I)中所定义。

[0084] 在一些实施方案中，所述式(I)化合物具有式(II-6)所示的结构：

[0085] 

II-6

[0086] 其中，$R_1$、$R_2$、$R_3$、$R_4$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$G_5$、$G_6$、$G_7$、$G_8$、$L_1$、$L_2$、$L_3$、$L_4$、n、U、X和Y如式(I)中所定义。

[0087] 在一些实施方案中，所述式(I)化合物具有式(III-1)或式(III-2)所示的结构：

[0088]




III-1




III-2

[0089] 其中，R、$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$和$L_2$如式(I)中所定义。

[0090] 在一些实施方案中，所述式(I)化合物具有式(III-3)或式(III-4)所示的结构：

[0091]




III-3




III-4

[0092] 其中，R、$R_1$、$R_2$、$R_x$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$和$L_2$如式(I)中所定义。

[0093] 在一些实施方案中，所述式(I)化合物具有式(IV-1)或式(IV-2)所示的结构：

[0094]




IV-1




IV-2

[0095] 其中，R、$R_1$、$R_2$、$G_1$、$G_2$、$G_3$、$G_4$、$L_1$和$L_2$如式(I)中所定义。

[0096] 在一些实施方案中，所述式(I)化合物具有式(V-1)或式(V-2)或式(V-3)或式(V-4)所示的结构：

[0097]




V-1




V-2

[0098]  

V-3 V-4

[0099] 其中，$R_1$、$R_2$、$G_1$、$G_3$、$G_4$、$L_1$和$L_2$如式(I)中所定义。

[0100] 本发明还提供如下化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物：

[0101] 表1

[0102]

| 化合物结构 | 化合物结构 |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

[0103]

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

[0104]



[0105]

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

[0106]



[0107]

| | |
|---|---|
|  |  |
|  |  |
|  |  |

[0108]

| | |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

[0109]  

[0110] 〈第二方面〉

[0111] 本发明提供了一种脂质载体,其包含根据〈第一方面〉所述的化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物。该类脂质载体对核酸药物的包封效率高,大大提升了核酸药物在体内的递送效率。

[0112] 在一些实施方案中,脂质载体包含第一脂质化合物和第二脂质化合物,其中,第一脂质化合物包含根据〈第一方面〉所述的化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物以及任选的其它阳离子脂质,第二脂质化合物包含阴离子脂质、中性脂质、类固醇和聚合物结合的脂质中的一种或两种以上的组合。

[0113] 在一些实施方案中,上述第一脂质化合物为上述任一种化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物。

[0114] 在一些实施方案中,上述第一脂质化合物为上述任一种化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物和其它阳离子脂质的组合。

[0115] 在一些实施方案中,所述其它阳离子脂质包括1,2-二亚油基氧基-N,N-二甲基氨基丙烷DLinDMA、1,2-二油基氧基-N,N-二甲基氨基丙烷DODMA、DLin-MC2-MPZ、2,2-二亚油基-4-(2-二甲基氨基乙基)-[1,3]-二氧环戊烷DLin-KC2-DMA、1,2-二油酰基-3-三甲基铵-丙烷DOTAP、1,1′-(2-(4-(2-((2-(双(2-羟基十二烷基)氨基)乙基)(2-羟基十二烷基)氨基)乙基)哌嗪-1-基)乙基氮烷二基)二-十二烷-2-醇C12-200、3β[N-N’N’-二甲氨乙烷)-氨甲酰]胆固醇DC-Chol和N-[1-(2,3-二油酰氯)丙基]-N,N,N-氯化三甲胺DOTMA中的一种或两种以上的组合。

[0116] 在一些实施方案中,所述阴离子脂质包括磷脂酰丝氨酸、磷脂酰肌醇、磷脂酸、磷脂酰甘油、二油酰磷脂酰甘油DOPG、1,2-二油酰-sn-甘油-3-磷脂酰丝氨酸DOPS和二豆蔻酰磷脂酰甘油中的一种或两种以上的组合。

[0117] 在一些实施方案中,所述中性脂质包括1,2-二油酰-sn-甘油-3-磷脂酰乙醇胺DOPE、1,2-二硬脂酰-sn-甘油-3-磷脂酰胆碱DSPC、1,2-二棕榈酰-sn-甘油-3-磷脂酰胆碱DPPC、1,2-二油酰-sn-甘油-3-磷脂酰胆碱DOPC、二棕榈酰磷酯酰甘油DPPG、油酰磷脂酰胆碱POPC、1-棕榈酰基-2-油酰基磷脂酰乙醇胺POPE、1,2-二棕榈酰-sn-甘油-3-磷酸乙醇胺DPPE、1,2-二肉豆蔻酰-sn-甘油-3-磷酸乙醇胺DMPE、二硬脂酰磷脂酰乙醇胺DSPE和1-硬脂酰基-2-油酰基磷脂酰乙醇胺SOPE中的至少一种或其经阴离子或阳离子修饰基团修饰的脂质。阴离子或阳离子修饰基团不作限定。

[0118] 在一些实施方案中,所述类固醇包括胆固醇、非甾醇、谷固醇、麦角固醇、菜油甾醇、豆甾醇、芸苔甾醇、番茄碱、熊果酸、α-生育酚、粪固醇和皮质类固醇中的一种或多种。

[0119] 在一些实施方案中,所述聚合物结合的脂质包括1,2-二肉豆蔻酰基-sn-甘油甲氧基-聚乙二醇PEG-DMG、二肉豆蔻酰甘油-聚乙二醇PEG-c-DMG、聚乙二醇-二肉豆蔻酰基甘油PEG-C14、PEG-1,2-二肉豆蔻酰基氧基丙基-3-胺PEG-c-DMA、1,2-二硬脂酰基-sn-甘油基-3-磷酸乙醇胺-N-[氨基(聚乙二醇)]PEG-DSPE、聚乙二醇化磷脂酰乙醇胺PEG-PE、PEG修饰的神经酰胺、PEG修饰的二烷基胺、PEG修饰的二酰基甘油、吐温-20、吐温-80、1,2-二棕榈基-sn-甘油-甲氧基聚乙二醇PEG-DPG、4-O-(2',3'-二(十四烷酰氧基)丙基-1-O-(ω-甲氧基(聚乙氧基)乙基)丁二酸酯PEG-s-DMG、PEG-二烷氧基丙基PEG-DAA、mPEG2000-1,2-二-O-烷基-sn3-氨基甲酰基甘油酯PEG-c-DOMG和N-乙酰半乳糖胺((R)-2,3-双(十八烷氧基)丙基-1-(甲氧基聚(乙二醇)2000)丙基氨基甲酸酯))GalNAc-PEG-DSG中的一种或两种以上的组合。

[0120] 在一些实施方案中,在脂质载体中,第一脂质化合物、阴离子脂质、中性脂质、类固醇和聚合物结合的脂质的摩尔比为(20~65):(0~20):(5~25):(25~55):(0.3~15);示例性地,第一脂质化合物、阴离子脂质、中性脂质、类固醇和聚合物结合的脂质的摩尔比可以为20:20:5:50:5、30:5:25:30:10、20:5:5:55:15、65:0:9.7:25:0.3等;其中,在第一脂质化合物中,上述任一种化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物和其它阳离子脂质的摩尔比为(1~10):(0~10);示例性地,该摩尔比可以为1:1、1:2、1:5、1:7.5、1:10、2:1、5:1、7.5:1、10:1等。

[0121] 在一些实施方案中,在脂质载体中,第一脂质化合物、阴离子脂质、中性脂质、类固醇和聚合物结合的脂质的摩尔比为(20~55):(0~13):(5~25):(25~51.5):(0.5~15);其中,在第一脂质化合物中,上述任一种化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物和其它阳离子脂质的摩尔比为(3-4):(0-5)。

[0122] <第三方面>

[0123] 本发明提供了一种核酸脂质纳米粒组合物,其包括根据<第一方面>所述的化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物或根据<第二方面>所述的脂质载体,以及核酸药物。

[0124] 在一些实施方案中,所述核酸药物包括RNA、DNA、反义核酸、适配体、核酶、免疫刺激性核酸或PNA。

[0125] 在一些实施方案中,所述反义核酸为反义寡核酸。

[0126] 在一些实施方案中,所述RNA为mRNA、rRNA、circRNA、siRNA、saRNA、tRNA、snRNA、antagomir、微RNA抑制剂、微RNA激活剂或shRNA。

[0127] 在一些实施方案中,所述DNA包括质粒。

[0128] 在一些实施方案中,所述mRNA包括编码RNA导向的DNA结合剂的序列,更具体地,包括Cas蛋白的mRNA。

[0129] 在一些实施方案中,所述核酸药物包括导向RNA,具体地,所述导向RNA包括gRNA核酸。

[0130] 在一些实施方案中,所述核酸药物包括Cas蛋白的mRNA和gRNA。

[0131] 在一些实施方案中，所述gRNA经过修饰。

[0132] 在一些实施方案中，上述核酸药物与上述任一种化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物的质量比为1:(3～40)。

[0133] 在一些实施方案中，上述核酸药物与上述脂质载体的质量比为1:(3～40)。

[0134] 示例性地，上述质量比为1:3、1:5、1:10、1:15、1:20、1:30等。

[0135] <第四方面>

[0136] 本发明提供了一种药物组合物，其包含根据<第一方面>所述的化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物，或根据<第二方面>所述的脂质载体，或根据<第三方面>所述的核酸脂质纳米粒组合物，以及药学上可接受的赋形剂、载体或稀释剂。

[0137] <第五方面>

[0138] 本发明提供了一种药物制剂，其包含上述任一种化合物或其药学上可接受的盐、立体异构体、互变异构体、溶剂化物、螯合物、非共价复合物或前体药物，或上述脂质载体，或上述核酸脂质纳米粒组合物，以及药学上可接受的赋形剂、载体或稀释剂。

[0139] 在一些实施方案中，药物制剂的粒径为30～500nm，示例性地，粒径可以为30nm、50nm、100nm、150nm、250nm、350nm、500nm等。

[0140] 在一些实施方案中，核酸药物在药物制剂中的包封率大于50％。示例性地，包封率可以为55％、60％、65％、70％、75％、79％、80％、85％、89％、90％、93％、95％等。

[0141] <第六方面>

[0142] 本发明还提供上述化合物或其药学上可接受的形式或上述脂质载体或上述核酸脂质纳米粒组合物或上述药物制剂在制备核酸药物、基因疫苗、小分子药物、多肽或蛋白质药物中的用途。

[0143] 本发明还提供用于体内递送核酸药物的方法，所述方法包括向有需要的受试者施用上述核酸脂质纳米粒组合物或上述药物制剂。

[0144] 在一些实施方案中，上述核酸脂质纳米粒组合物或上述药物制剂通过以下施用途径之一施用：口服、鼻内、静脉内、腹膜内、肌肉内、关节内、病灶内、气管内、皮下以及皮内。在一些实施方案中，上述核酸脂质纳米粒组合物或上述药物制剂例如经由肠内或肠胃外施用途径施用。在一些实施方案中，将约0.001mg/kg至约10mg/kg剂量的所述核酸脂质纳米粒组合物或药物制剂施用给所述受试者。

[0145] 发明的效果

[0146] 本发明提供了一系列结构新颖的式(I)化合物，该化合物可作为阳离子脂质，与其它脂质化合物共同制备脂质载体，其粒径可控，分布均一，对带有负电的药物具有很高的包封率。

[0147] 本发明的化合物可用于递送核酸药物、基因疫苗、小分子药物、多肽或蛋白质药物，丰富了阳离子脂质化合物的种类，尤其对核酸预防剂和治疗剂的发展和应用具有重要的意义。

## 附图说明

[0148] 图1小鼠肝脏细胞PCSK9基因编辑效率检测的递送策略。

[0149] 图2不同脂质化合物包封的碱基编辑器在小鼠肝脏细胞中的PCSK9基因编辑效率。

## 具体实施方式

[0150] 为更容易理解本发明，以下具体定义了某些技术和科学术语。除非在本文中另有明确定义，本文使用的所有其它技术和科学术语都具有本发明所属领域的一般技术人员通常理解的含义。

[0151] 本说明书中，使用“数值A～数值B”表示的数值范围是指包含端点数值A、B的范围。

[0152] 本说明书中，使用“基本上”或“实质上”表示与理论模型或理论数据的标准偏差在5％、优选为3％、更优选为1％范围以内。

[0153] 本说明书中，使用“可以”表示的含义包括了进行某种处理以及不进行某种处理两方面的含义。

[0154] 本说明书中，“任选的”或“任选地”是指接下来描述的事件或情况可发生或可不发生，并且该描述包括该事件发生的情况和该事件不发生的情况。

[0155] 本说明书中，所提及的“一些具体/优选的实施方案”、“另一些具体/优选的实施方案”、“实施方案”等是指所描述的与该实施方案有关的特定要素(例如，特征、结构、性质和/或特性)包括在此处所述的至少一种实施方案中，并且可存在于其它实施方案中或者可不存在于其它实施方案中。另外，应理解，所述要素可以任何合适的方式组合在各种实施方案中。

[0156] 在进一步描述本发明之前，应当理解，本发明不限于本文中所述的特定实施方案；还应该理解，本文中所使用的术语仅用于描述而非限定特定实施方案。

[0157] [术语定义]

[0158] 除非另有说明，下列术语的含义如下：

[0159] 术语“药学上可接受的盐”是指对生物体基本上无毒性的本发明的化合物的盐。药学上可接受的盐通常包括(但不限于)本发明的化合物与药学上可接受的无机/有机酸或无机/有机碱反应而形成的盐，此类盐又被称为酸加成盐或碱加成盐。常见的无机酸包括(但不限于)盐酸、氢溴酸、硫酸、磷酸等，常见的有机酸包括(但不限于)三氟乙酸、柠檬酸、马来酸、富马酸、琥珀酸、酒石酸、乳酸、丙酮酸、草酸、甲酸、乙酸、苯甲酸、甲磺酸、苯磺酸、对甲苯磺酸等，常见的无机碱包括(但不限于)氢氧化钠、氢氧化钾、氢氧化钙、氢氧化钡等，常见的有机碱包括(但不限于)二乙胺、三乙胺、乙胺丁醇等。

[0160] 术语“立体异构体”(或称“旋光异构体”)是指由于具有至少一个手性因素(包括手性中心、手性轴、手性面等)而导致具有垂直的不对称平面，从而能够使平面偏振光旋转的稳定异构体。由于本发明化合物中存在可能导致立体异构的不对称中心以及其它化学结构，因此本发明也包括这些立体异构体及其混合物。由于本发明的化合物及其盐包括不对称碳原子，因而能够以单一立体异构体形式、外消旋物、对映异构体和非对映异构体的混合物形式存在。通常，这些化合物能够以外消旋混合物的形式制备。然而，如果需要的话，可以将这类化合物制备或分离后得到纯的立体异构体，即单一对映异构体或非对映异构体，或者单一立体异构体富集化(纯度≥98％、≥95％、≥93％、≥90％、≥88％、≥85％或≥80％)

的混合物。化合物的单一立体异构体是由含有所需手性中心的旋光起始原料合成制备得到的，或者是通过制备得到对映异构体产物的混合物之后再分离或拆分制备得到的，例如转化为非对映异构体的混合物之后再进行分离或重结晶、色谱处理、使用手性拆分试剂，或者在手性色谱柱上将对映异构体进行直接分离。具有特定立体化学的起始化合物既可以商购得到，也可以按照下文中描述的方法制备再通过本领域熟知的方法拆分得到。

[0161] 术语“互变异构体”(或称“互变异构形式”)是指具有不同能量的可通过低能垒互相转化的结构异构体。若互变异构是可能的(如在溶液中)，则可以达到互变异构体的化学平衡。例如，质子互变异构体(或称质子转移互变异构体)包括(但不限于)通过质子迁移来进行的互相转化，如酮-烯醇异构化、亚胺-烯胺异构化、酰胺-亚胺醇异构化等。除非另外指出，本发明的化合物的所有互变异构体形式都在本发明的范围之内。

[0162] 术语“溶剂化物”是指由本发明的化合物或其药学上可接受的盐与至少一种溶剂分子通过非共价分子间作用力结合而形成的物质。常见的溶剂化物包括(但不限于)水合物、乙醇合物、丙酮合物等。

[0163] 术语“螯合物”是具有环状结构的配合物，是通过两个或多个配位体与同一金属离子形成螯合环的螯合作用而得到。

[0164] 术语“非共价复合物”是通过化合物与另一分子的相互作用而形成的，其中该化合物与该分子之间不形成共价键。例如，可以通过范德华相互作用、氢键键合和静电相互作用(也称作离子键合)来发生复合。

[0165] 术语“前体药物”是指在适用于患者后能够直接或间接地提供本发明的化合物的衍生化合物。特别优选的衍生化合物或前药是在施用于患者时可以提高本发明的化合物的生物利用度的化合物(例如，更易吸收入血)，或者促进母体化合物向作用位点(例如，淋巴系统)递送的化合物。除非另外指出，本发明的化合物的所有前药形式都在本发明的范围之内，且各种前药形式是本领域熟知的。

[0166] 术语“各自独立地”是指结构中存在的取值范围相同或相近的至少两个基团(或环系)可以在特定情形下具有相同或不同的含义。例如，取代基X和取代基Y各自独立地为氢、卤素、羟基、氰基、烷基或芳基，则当取代基X为氢时，取代基Y既可以为氢，也可以为卤素、羟基、氰基、烷基或芳基；同理，当取代基Y为氢时，取代基X既可以为氢，也可以为卤素、羟基、氰基、烷基或芳基。

[0167] 术语“包含”和“包括”以其开放、非限制性意义使用。

[0168] 术语“烷基”是指一价的直链或支链的烷烃基团，其仅由碳原子和氢原子组成，不含有不饱和度，并且通过一个单键与其它片段连接，包括(但不限于)甲基、乙基、丙基、异丙基、丁基、仲丁基、异丁基和叔丁基等。例如，“$C_{1-30}$烷基”指包含1至30个碳原子的饱和的一价直链或支链烃基。

[0169] 术语“亚烷基”是指二价的直链或支链的烷烃基团，其仅由碳原子和氢原子组成，不含有饱和度，并且通过两个单键分别与其它片段连接，包括(但不限于)亚甲基、1,1-亚乙基和1,2-亚乙基等。例如，“$C_{1-30}$亚烷基”指从包含1至30个碳原子的饱和的二价直链或支链烷基。

[0170] 术语“环烷基”是指饱和的、单环或多环(例如双环、三环或四环)的非芳香族烃基，其仅由碳原子和氢原子组成。环烷基可包括并环、桥环或螺环系统。例如，本发明中所使用

的术语“$C_{3-6}$环烷基”是指具有3至6个碳原子的环烷基。例如，环烷基可以是环丙基、环丁基、环戊基、环己基或双环[2.2.1]庚基等。

[0171] 术语“亚环烷基”是指通过从如上所定义的环烷基中除去氢原子而获得的二价基团，包括(但不限于)亚环丙基、亚环丁基、亚环戊基、亚环己基和亚环庚基等。例如，“$C_{3-30}$亚环烷基”指从包含3至30个碳原子的环烷基中除去氢原子所获得的二价基团。

[0172] 术语“含支链的烷基”是指与母体分子相连并自身形成至少两个分支结构的烷烃自由基。例如 。

[0173] 术语“烯基”是指一价的直链或支链的烷烃基团，其仅由碳原子和氢原子组成，含有至少一个双键，并且通过一个单键与其它片段连接，包括(但不限于)乙烯基、丙烯基、烯丙基、异丙烯基、丁烯基和异丁烯基等基团。例如“$C_{2-30}$烯基”指包含2至30个碳原子并且具有至少1个碳碳双键(>C=C<)的一价直链或支链烃基。

[0174] 术语“亚烯基”是指二价的直链或支链的烷烃基团，其仅由碳原子和氢原子组成，含有至少一个双键，并且通过两个单键分别与其它片段连接，包括(但不限于)亚乙烯基等。例如，“$C_{2-30}$亚烯基”指包含2至30个碳原子并且具有至少1个碳碳双键(>C=C<)的二价直链或支链烃基。

[0175] 术语“炔基”是指一价的直链或支链的烷烃基团，其仅由碳原子和氢原子组成，含有至少一个碳碳三键，并且通过一个单键与其它片段连接，包括(但不限于)乙炔基、丙炔基、丁炔基和戊炔基等基团。例如“$C_{2-30}$炔基”指包含2至30个碳原子并且具有至少1个碳碳三键的一价直链或支链烃基。

[0176] 术语“环烯基”是指不饱和的、单环或多环(例如双环、三环或四环)的非芳香族烃基，其仅由碳原子和氢原子组成。环烯基可包括并环、桥环或螺环系统。例如环丙烯基和环丁烯基等。

[0177] 术语“亚环烯基”是指通过从如上所定义的环烯基中除去氢原子而获得的二价基团，包括(但不限于)亚环丙烯基和亚环丁烯基等。例如，“$C_{3-30}$亚环烯基”指从包含3至30个碳原子的环烯基中除去氢原子所获得的二价基团。

[0178] 术语“含支链的烯基”是与母体分子相连并自身形成至少两个分支结构的烯烃自由基。例如 。

[0179] 术语“杂环基”是指饱和或部分饱和的、单环或多环(诸如双环，例如：并环、桥环或螺环)的非芳香族基团，其环原子由碳原子以及至少一个选自N、O和S的杂原子构成，其中S原子任选地被取代以形成S(=O)、$S(=O)_2$或S(=O)(=$NR^x$)，$R^x$独立地选自H或$C_{1-4}$烷基。如果满足价键要求，杂环基可以通过任意一个环原子与分子的其余部分连接。例如，本发明中所使用的术语“3-8元杂环基”是指具有3至8个环原子的杂环基。例如，杂环基可以是环氧乙烷基、氮杂环丙烷基、氮杂环丁烷基、氧杂环丁烷基、四氢呋喃基、二氧杂环戊烯基、吡咯烷基、吡咯烷酮基、咪唑烷基、吡唑烷基、四氢吡喃基、哌啶基、哌嗪基、吗啉基、硫吗啉基、二噻烷基或三噻烷基。

[0180] 术语“芳基”是指具有共轭π电子系统的单环或稠合多环的芳香族烃基。例如，本发

明中所使用的术语“$C_{6-10}$芳基”是指具有6至10个碳原子的芳基。例如，芳基可以是苯基、萘基、蒽基、菲基、苊基、薁基、芴基、茚基、芘基等。

[0181] 术语“杂芳基”是指具有共轭π电子系统的单环或稠合多环的芳香族基团，其环原子由碳原子以及至少一个选自N、O和S的杂原子构成。如果满足价键要求，杂芳基可以通过任意一个环原子与分子的其余部分连接。例如，本发明中所使用的术语“5-10元杂芳基”是指具有5至10个环原子的杂芳基。例如，杂芳基可以是噻吩基、呋喃基、吡咯基、噁唑基、噻唑基、咪唑基、吡唑基、异噁唑基、异噻唑基、噁二唑基、三唑基、噻二唑基、吡啶基、哒嗪基、嘧啶基、吡嗪基、三嗪基及其苯并衍生物、吡咯并吡啶基、吡咯并吡嗪基、吡唑并吡啶基、咪唑并吡啶基、吡咯并嘧啶基、吡唑并嘧啶基、嘌呤基等。

[0182] 术语“卤素”是指氟(F)、氯(Cl)、溴(Br)和碘(I)。

[0183] 术语“羟基”是指-OH。

[0184] 术语“氰基”是指-CN。

[0185] 术语“氨基”是指$-NH_2$。

[0186] 术语“硝基”是指$-NO_2$。

[0187] 术语“氧代基”是指(=O)。

[0188] [制备方法]

[0189] 下述实施例中所述实验方法，如无特殊说明，均为常规方法；所述试剂和材料，如无特殊说明，均可从商业途径获得。

[0190] 本发明中，“适量的”指的是所加入溶剂量或药品量可调范围较大，且对合成结果影响较小，可以不作具体限定。

[0191] 在下述的实施例中，所用溶剂和药品均为分析纯或化学纯；溶剂在使用前均经过重新蒸馏；无水溶剂均按照标准方法或文献方法进行处理。

[0192] 实施例

[0193] 中间体1(((1S,4R)-2-氧杂-5-氮杂双环[2.2.1]庚-4-基)甲醇盐酸盐)的合成

[0194] 

[0195] 室温下，将(1S,4R)-4-(羟甲基)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-羧酸叔丁酯(3g，13.09mmol，按照CN112778331A(2021)中第0207-0210页记载的方法制备)加入浓盐酸(12M，3mL，36.00mmol)和四氢呋喃(30mL)中，室温搅拌过夜。反应液浓缩，向残留物中加入无水乙醇(30mL)，反应液浓缩，继续向残留物中加入无水乙醇(30mL)，反应液浓缩得到粗品，将粗品加入二氯甲烷(30mL)，再加入3g碳酸钾室温搅拌2小时。将反应液过滤浓缩得到标题化合物(1.69g，产率100%)，白色固体。MS:m/z$[M+H-tBu]^+$=172。

[0196] 中间体2(((1R,4S)-2-氧杂-5-氮杂双环[2.2.1]庚-4-基)甲醇盐酸盐)的合成

[0197] 

[0198] 室温下，将(1R,4S)-4-(羟甲基)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-羧酸叔丁酯(5g，21.81mmol，按照CN112778331A(2021)中第0224-0227页记载的方法制备)加入浓盐酸

(12M,5mL,60.00mmol)和四氢呋喃(50mL)中,室温搅拌过夜。反应液浓缩,向残留物中加入无水乙醇(50mL),反应液浓缩,继续向残留物中加入无水乙醇(50mL),反应液浓缩得到粗品,将粗品加入二氯甲烷(30mL),再加入5g碳酸钾室温搅拌2小时。将反应液过滤浓缩得到标题化合物(3.61g,产率100%),白色固体。MS:m/z[M+H-tBu]$^+$=172。

[0199] 实施例1化合物1(((2-((1S,4S)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基)乙基)氮杂二基)双(己烷-6,1-二基)双(2-己基癸酸酯))的合成

[0200] 


[0201] 步骤1:化合物1-2的合成

[0202] 在室温下,将2-己基癸酸(30g,117mmoL.1.0eq)、1,6-己二醇(41.48g,351mmol,3.0eq)和4-二甲氨基吡啶DMAP(17.15g,140.4mmol,1.2eq)加入二氯甲烷DCM(100mL)中,搅拌下加入N,N'-二环己基碳二亚胺DCC(26.55g,128.70mmol,1.1eq)。室温搅拌过夜。反应液过滤,滤饼用二氯甲烷洗涤,有机相浓缩,向残留物中加入乙酸乙酯EA(200mL),室温搅拌10min,加入石油醚PE(1L),静置过夜,过滤,滤液过硅胶薄层(100g硅胶),用PE:EA=5:1混合溶剂(5L)淋洗硅胶薄层,滤液浓缩得到化合物1-2(29g,产率69.51%),为无色油状物。MS:m/z[M+H]$^+$=357.3。

[0203] 步骤2:化合物1-3的合成

[0204] 室温下,将化合物1-2(15g,42.07mmol,1.0eq)和三乙胺TEA(12.77g,126.21mmol,3.0eq)加入二氯甲烷(200mL)中,再缓慢加入甲磺酸酐(10.99g,63.11mmol,1.5eq),室温搅拌过夜。用二氯甲烷进行萃洗分液,无水硫酸钠干燥,过滤,滤液浓缩干,残留物用柱层析纯化得到化合物1-3(16g,产率87.50%),为无色透明油状物。MS:m/z[M+H]$^+$=435.3。

[0205] 步骤3:化合物1-4的合成

[0206] 室温下,将乙醇胺(400mg,6.65mmol,1.0eq)、化合物1-3(7.1g,16.39mmol,2.5eq)、碳酸钾(2.7g,19.95mmol,3.0eq)、碘化钾(108mg,0.66mmol,0.1eq)加入乙腈ACN(15mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物1-4(871mg,产率18.03%),为淡黄色油状物。MS:m/z[M+H]$^+$=738.7。

[0207] 步骤4:化合物1-5的合成

[0208] 室温下,将化合物1-4(871mg,1.18mmol,1.0eq)和TEA(358.16mg,3.54mmol,3.0eq)加入二氯甲烷(20mL)中,再缓慢加入甲磺酸酐(308.2mg,1.77mmol,1.5eq),室温搅拌过夜。用二氯甲烷进行萃洗分液,无水硫酸钠干燥,过滤,滤液浓缩干,残留物用柱层析纯

化得到化合物1-5(842mg,产率87.50%),为无色透明油状物。MS:m/z[M+H]$^+$=816.7。
[0209] 步骤5:化合物1的合成
[0210] 室温下,将2-氧杂-5-氮杂双环[2.2.1]庚烷(90mg,0.66mmol,1.0eq)、化合物1-5(539mg,0.66mmol,1.0eq)、碳酸钾(273mg,1.98mmol,3.0eq)、碘化钾(11mg,0.066mmol,0.1eq)加入ACN(15mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物1(167mg,产率31.03%),为淡黄色油状物。MS:m/z[M+H]$^+$=819.8。$^1$H NMR(400MHz,$CDCl_3$)δ4.04(t,J=6.7Hz,4H),3.55(q,J=7.0Hz,5H),3.46-3.41(m,2H),2.91-2.88(m,2H),2.58-2.48(m,3H),2.33-2.25(m,2H),1.90-1.81(m,5H),1.65-1.51(m,8H),1.46-1.35(m,17H),1.28-1.20(s,38H),0.86(t,J=6.5Hz,12H)。
[0211] 实施例2化合物2(((3-((1S,4S)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基)丙基)氮杂二基)双(己烷-6,1-二基)双(2-己基癸酸酯))的合成

[0212]




[0213] 步骤1:化合物2-2的合成
[0214] 室温下,将3-氨基-1-丙醇(1g,13.32mmol,1.0eq)、化合物2-1(14.46g,33.30mmol,2.5eq)、碳酸钾(5.52g,39.96mmol,3.0eq)、碘化钾(0.15g,1.33mmol,0.1eq)加入ACN(30mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物2-2(6.1g,产率50.46%),为淡黄色油状物。MS:m/z[M+H]$^+$=752.7。
[0215] 步骤2:化合物2-3的合成
[0216] 室温下,将化合物2-2(6.1g,8.11mmol,1.0eq)和TEA(2.46g,24.34mmol,3.0eq)加入二氯甲烷(60mL)中,再缓慢加入甲磺酸酐(2.12g,12.17mmol,1.5eq),室温搅拌过夜。用二氯甲烷进行萃洗分液,无水硫酸钠干燥,过滤,滤液浓缩干,残留物用柱层析纯化得到化合物2-3(4.8g,产率70.58%),为黄色透明油状物。MS:m/z[M+H]$^+$=830.7。
[0217] 步骤3:化合物2的合成
[0218] 室温下,将2-氧杂-5-氮杂双环[2.2.1]庚烷(300mg,3.03mmol,1.0eq)、化合物2-3(2.5g,3.03mmol,1.0eq)、碳酸钾(1.26g,9.09mmol,3.0eq)、碘化钾(201mg,1.21mmol,0.4eq)加入ACN(30mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物2(790mg,产率31.34%),为淡黄色固体。MS:m/z[M/2+H]$^+$=417.5.$^1$H NMR(400MHz,$cdcl_3$)δ4.42-4.38(m,1H),4.10-3.99(m,5H),3.63(dd,J=7.7,1.2Hz,1H),3.51(s,1H),2.93(dd,J=10,1.2Hz,1H),2.70-2.51(m,8H),2.35-2.28(m,2H),1.81(dd,J=48.9,10.6Hz,3H),1.71-1.56(m,13H),1.46-1.19(m,53H),0.88(t,J=6.7Hz,

12H)。

[0219] 实施例3化合物3((4-((1S,4S)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基)丁基)双(己烷-6,1-二基)双(2-己基癸酸酯))的合成

[0220] 

[0221] 步骤1:化合物3-2的合成

[0222] 室温下,将4-氨基-1-丁醇(830mg,9.32mmol,1.0eq)、化合物3-1(10.12g,23.28mmol,2.5eq)、碳酸钾(3.86g,27.93mmol,3.0eq)、碘化钾(0.15g,0.93mmol,0.1eq)加入ACN(30mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物3-2(3.6g,产率50.46%),为淡黄色油状物。MS:m/z[M+H]$^+$=766.7。

[0223] 步骤2:化合物3-3的合成

[0224] 室温下,将化合物3-2(3.6g,4.70mmol,1.0eq)和TEA(1.43g,14.10mmol,3.0eq)加入二氯甲烷(20mL)中,再缓慢加入甲磺酸酐(1.23g,7.05mmol,1.5eq),室温搅拌过夜。用二氯甲烷进行萃洗分液,无水硫酸钠干燥,过滤,滤液浓缩干,残留物用柱层析纯化得到化合物3-3(2.8g,产率70.58%),为无色透明油状物。MS:m/z[M+H]$^+$=844.7。

[0225] 步骤3:化合物3的合成

[0226] 室温下,将2-氧杂-5-氮杂双环[2.2.1]庚烷(220mg,2.22mmol,1.0eq)、化合物3-3(1.37g,1.62mmol,1.0eq)、碳酸钾(0.67g,4.86mmol,3.0eq)、碘化钾(0.11g,0.65mmol,0.4eq)加入ACN(10mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物3(431mg,产率31.34%),为淡黄色固体。MS:m/z[M+H]$^+$=847.8。$^1$H NMR(400MHz,$CDCl_3$)δ4.04(t,J=6.6Hz,4H),3.85-3.80(m,4H),3.47-3.39(m,4H),2.34-2.26(m,6H),1.81-1.14(m,72H),0.86(t,J=6.5Hz,12H)。

[0227] 实施例4化合物4((5-((1S,4S)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基戊基)氮杂二基)双(己烷-6,1-二基)双(2-己基癸酸酯))的合成

[0228]



[0229] 步骤1:化合物4-2的合成

[0230] 室温下,将5-氨基-1-戊醇(1g,9.71mmol,1.0eq)、化合物4-1(10.55g,24.27mmol,2.5eq)、碳酸钾(4.01g,29.08mmol,3.0eq)、碘化钾(644mg,3.88mmol,0.4eq)加入ACN(30mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物4-2(3.8g,产率51%),为淡黄色油状物。MS:m/z[M+H]+=780.7。

[0231] 步骤2:化合物4-3的合成

[0232] 室温下,将化合物4-2(3.8g,4.87mmol,1.0eq)和TEA(1.47g,14.60mmol,3.0eq)加入二氯甲烷(50mL)中,再缓慢加入甲磺酸酐(1.27g,7.30mmol,1.5eq),室温搅拌过夜。用二氯甲烷进行萃洗分液,无水硫酸钠干燥,过滤,滤液浓缩干,残留物用柱层析纯化得到化合物4-3(3g,产率73%),为无色透明油状物。MS:m/z$[M+H]^+$=858.7。

[0233] 步骤3:化合物4的合成

[0234] 室温下,将2-氧杂-5-氮杂双环[2.2.1]庚烷(200mg,2.02mmol,1.0eq)、化合物4-3(1.73g,2.02mmol,1.0eq)、碳酸钾(837.64g,6.06mmol,3.0eq)、碘化钾(134.13mg,0.81mmol,0.4eq)加入ACN(10mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物4(522mg,产率30%),为淡黄色固体。MS:m/z$[M+H]^+$=861.8。$^1$H NMR(400MHz,$CDCl_3$)δ4.05(t,J=6.7Hz,4H),3.75-3.70(m,4H),3.51-3.44(m,4H),2.33-2.26(m,2H),1.97-1.86(m,6H),1.73-1.52(m,18H),1.49-1.39(m,12H),1.32-1.15(m,42H),0.86(t,J=6.6Hz,12H)。

[0235] 实施例5化合物5((2-(1S,4R)-4-羟甲基-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基乙基)氮杂二基)双(己烷-6,1-二基)双(2-己基癸酸酯)的合成

[0236]



[0237] 在室温下,将中间体1(100mg,0.77mmol,1.0eq)、化合物1-5(632mg,0.77mmol,1.0eq)、碳酸钾(319mg,2.31mmol,3.0eq)、碘化钾(51mg,0.31mmol,0.4eq)加入ACN(20mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物5(229mg,产率35%),为淡黄色油状物。MS:m/z$[M/2+H]^+$=425.5。$^1$H NMR

(400MHz,$CDCl_3$)δ4.04(t,J=6.6Hz,4H),3.55(dd,J=14.1,6.8Hz,5H),3.45-3.39(m,2H),2.89-2.86(m,2H),2.49-2.46(m,3H),2.33-2.27(m,2H),2.06-1.92(m,4H),1.65-1.51(m,8H),1.42-1.35(m,16H),1.32-1.23(m,41H),0.86(t,J=6.4Hz,12H)。

[0238] 实施例6化合物6(4-((1S,4R)-4-羟甲基-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基)丁基)氮杂二基)双(己烷-6,1-二基)双(2-己基癸酸酯))的合成

[0239]




3-3

6

[0240] 室温下,将中间体1(100mg,0.77mmol,1.0eq)、化合物3-3(650mg,0.77mmol,1.0eq)、碳酸钾(319mg,2.31mmol,3.0eq)、碘化钾(51mg,0.31mmol,0.4eq)加入ACN(20mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到化合物6(250mg,产率37%),为淡黄色油状物。MS:m/z$[M+H]^+$=877.8。EN0001-76(L50):$^1$H NMR(400MHz,$CDCl_3$)δ4.03(t,J=6.7Hz,4H),3.84-3.80(m,4H),3.44-3.40(m,4H),2.33-2.25(m,6H),1.78-1.15(m,73H),0.85(t,J=6.4Hz,12H)。

[0241] 实施例7化合物7((5-(1S,4R)-4-羟甲基-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基戊基)氮杂二基)双(己烷-6,1-二基)双(2-己基癸酸酯)的合成

[0242]




4-3

7

[0243] 室温下,将中间体1(91.0mg,0.55mmol)、化合物4-3(0.47g,0.55mmol)、碳酸钾$K_2CO_3$(0.23g,1.65mmol)、碘化钾KI(9mg,0.055mmol)加入乙腈(10mL)中,氮气保护下加热至90摄氏度,搅拌过夜。反应液用DCM萃洗,有机相浓缩干,柱层析纯化得到标题化合物7(0.23g,产率46.91%),为淡黄色油状物。MS:m/z$[M+H]^+$=891.8。$^1$H NMR(400MHz,$CDCl_3$)δ4.05(t,J=6.7Hz,4H),3.75-3.70(m,4H),3.47-3.43(m,4H),2.33-2.26(m,2H),2.05-1.85(m,12H),1.73-1.49(m,14H),1.49-1.24(m,56H),0.86(t,J=6.7Hz,12H)。

[0244] 实施例8化合物8((3-((1S,4S)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基)丙基)氮杂二基)双(壬烷-9,1-二基)双(2-丁基辛酸酯))的合成

[0245]




[0246] 步骤1:化合物8-2的合成

[0247] 室温下,将化合物8-1(60g,299.52mmol)、1,9-壬二醇(143.99g,898.56mmol)和4-二甲氨基吡啶(47.57g,389.38mmol)加入二氯甲烷(600mL)中,搅拌下加入N,N'-二环己基碳二亚胺(74.16g,359.42mmol)。室温搅拌过夜。反应液过滤,滤饼用二氯甲烷洗涤,有机相浓缩,有机相加入PE/EA=5/1混合溶剂搅拌30分钟,静置过夜。过滤,滤液浓缩,柱层析纯化(PE/EA=100/1~10/1)得到化合物8-2(76g,产率74%),为无色油状物。MS:m/z[M+H]$^+$=343.3。

[0248] 步骤2:化合物8-3的合成

[0249] 室温下,将化合物8-2和三乙胺(44.31g,437.88mmol)加入DCM(500mL)中,缓慢加入甲磺酸酐(38.14g,218.94mmol),室温搅拌过夜。用二氯甲烷进行萃洗分液,无水硫酸钠干燥,过滤,滤液浓缩干,残留物用柱层析纯化得到化合物8-3(33g,产率53.75%),为黄色油状物。MS:m/z[M+H]=421.3。

[0250] 步骤3:化合物8-4的合成

[0251] 室温下,将3-氨基-1-丙醇(0.8g,10.65mmol)、化合物8-3(9.86g,23.43mmol)、碳酸钾(5.89g,42.6mmol)以及碘化钾(0.71g,4.26mmol)加入乙腈(200mL)中,氮气保护下90℃搅拌过夜。反应液浓缩,向残留物中加入水和二氯甲烷萃取,有机相浓缩,用快速制备液相色谱纯化得到化合物8-4(5.84g,产率75.71%),为淡黄色油状物。MS:m/z[M+H]$^+$=724.7。

[0252] 步骤4:化合物8-5的合成

[0253] 室温下,将化合物8-4(5.84g,8.06mmol)和三乙胺(2.45g,24.18mmol)加入二氯甲烷(50mL)中,再缓慢加入甲磺酸酐(2.11g,12.09mmol),室温搅拌5小时。反应液倒入水中,用二氯甲烷萃取,有机相浓缩,经快速制备液相色谱纯化得到化合物8-5(1.91g,产率29.52%),为黄色油状物。MS:m/z[M+H]$^+$=802.7。

[0254] 步骤5:化合物8的合成

[0255] 室温下,将2-氧杂-5-氮杂双环[2.2.1]庚烷(162.70mg,1.20mmol)、化合物8-5(0.96g,1.2mmol)、碳酸钾(0.67g,4.8mmol)和碘化钾(0.080g,0.48mmol)加入乙腈(15mL)中,90℃搅拌过夜。反应液浓缩后倒入水中,用二氯甲烷萃取,有机相浓缩,经快速制备液相色谱纯化(DCM/MeOH=0%-8%,50个柱体积)得到化合物8(618mg,产率63.95%),为黄色油状物。MS:m/z[M/2+H]$^+$=403.5。$^1$H NMR(400MHz,$CDCl_3$)δ4.36(s,1H),4.07-3.98(m,5H),3.58(d,J=7.7Hz,1H),3.45(s,1H),2.89(d,J=10.0Hz,1H),2.63-2.53(m,2H),2.53-2.35

(m,8H),2.32-2.25(m,2H),1.76(dd,J=51.0,9.7Hz,3H),1.65-1.52(m,10H),1.45-1.36(m,8H),1.31-1.20(m,42H),0.91-0.80(m,12H)。

[0256] 实施例9化合物9((4-((1S,4S)-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基)丁基)二(壬烷-9,1-二基)双(2-丁基辛酸酯))的合成




[0257]




[0258] 步骤1:化合物9-2的合成

[0259] 室温下,将4-氨基-1-丁醇(0.95g,10.64mmol)、化合物8-3(9.80g,23.3mmol)、碳酸钾(5.88g,42.56mmol)和碘化钾(0.71g,4.26mmol)加入乙腈(60mL)中,氮气保护下90℃搅拌过夜。反应液浓缩,向残留物中加入水,二氯甲烷提取,有机相浓缩,柱层析纯化得到化合物9-2(4.5g,产率57.20%),为淡黄色油状物。MS:m/z[M+H]$^+$=738.7。

[0260] 步骤2:化合物9-3的合成

[0261] 室温下,将化合物9-2(3.5g,4.74mmol)和三乙胺(1.44g,14.22mmol)加入二氯甲烷(50mL)中,再缓慢加入甲磺酸酐(1.24g,7.11mmol),室温搅拌过夜。反应液倒入水中,二氯甲烷萃取,有机相浓缩,经快速制备液相色谱纯化(DCM/MeOH=0%-8%)得到化合物9-3(2.4g,产率62.01%),为黄色蜡状固体。MS:m/z[M+H]$^+$=817.3。

[0262] 步骤3:化合物9的合成

[0263] 室温下,将2-氧杂-5-氮杂双环[2.2.1]庚烷(200mg,1.48mmol)、化合物9-3(1.21g,1.48mmol)、碳酸钾(0.82g,5.92mmol)和碘化钾(0.098g,0.59mmol)加入乙腈(15mL)中,90℃搅拌过夜。反应液浓缩干后倒入水中,用二氯甲烷萃取,有机相浓缩,经快速制备液相色谱纯化(DCM/MeOH=0%-8%)得到化合物9(0.831g,产率68.76%),为黄色蜡状固体。MS:m/z[M+H]$^+$=819.8。$^1$H NMR(400MHz,$CDCl_3$)δ4.00(t,J=6.7Hz,4H),3.80-3.74(m,4H),3.38-3.34(m,4H),2.30-2.22(m,6H),1.85-1.15(m,68H),0.85-0.79(m,12H)。

[0264] 实施例10化合物10(4-(1S,4R)-4-羟甲基-2-氧杂-5-氮杂双环[2.2.1]庚烷-5-基)丁基)氮杂二基)双(壬烷-9,1-二基)双(2-丁基辛酸酯))的合成

[0265]



[0266] 室温下，将中间体1(245.10mg,1.48mmol)、化合物9-3(1.21g,1.48mmol)、碳酸钾(0.82g,5.92mmol)和碘化钾(0.098g,0.59mmol)加入乙腈(15mL)中，90℃搅拌过夜。反应液浓缩干后倒入水中，用二氯甲烷萃取，有机相浓缩，经快速制备液相色谱纯化(DCM/MeOH＝0％-8％)得到化合物10(0.719g,产率57.20％)，为黄色蜡状固体。MS:m/z[M+H]$^{+}$＝849.8。$^{1}$H NMR(400MHz,CDCl$_{3}$)δ4.02(t,J＝6.6Hz,4H),3.81-3.77(m,4H),3.39-3.35(m,4H),2.32-2.22(m,8H),1.98-1.87(m,1H),1.73-1.12(m,66H),0.83(d,J＝7.1Hz,12H)。

[0267] 实施例11化合物11((5-(1-羟甲基)-2-氮杂双环[2.1.1]己-2-基戊基)氮杂二基)双(壬烷-9,1-二基)双(2-丁基辛酸酯))的合成




[0268]




[0269] 步骤1:化合物11-2的合成

[0270] 室温下，将5-氨基-1-戊醇(1.04g,10.10mmol)、化合物8-3(9.33g,22.18mmol)、碳酸钾(5.58g,40.4mmol)以及碘化钾(0.67g,4.03mmol)加入乙腈(60mL)中，氮气保护下90℃搅拌过夜。反应液浓缩，向残留物中加入水，用二氯甲烷萃取，有机相浓缩，经快速制备液相色谱纯化(DCM/MeOH＝0％-5％)得到化合物11-2(4.3g,产率56.70％)，为淡黄色油状物。MS:m/z[M+H]$^{+}$＝752.7。

[0271] 步骤2:化合物11-3的合成

[0272] 室温下，将化合物11-2(3.3g,4.39mmol)和三乙胺(1.33g,13.17mmol)加入二氯甲烷(50mL)中，再缓慢加入甲磺酸酐(1.15g,6.58mmol)，室温搅拌过夜。反应液倒入水中，用二氯甲烷萃取，有机相浓缩，经快速制备液相色谱纯化(DCM/MeOH＝0％-8％)得到化合物11-3(1.82g,产率50.0％)，为淡黄色固体。MS:m/z[M+H]$^{+}$＝830.7。

[0273] 步骤3:化合物11的合成

[0274] 室温下，将(2-氮杂双环[2.1.1]己-1-基)甲醇(100mg,0.88mmol)、化合物11-3(0.51g,0.62mmol)、碳酸钾(0.36g,2.64mmol)和碘化钾(0.058g,0.35mmol)加入乙腈(15mL)中，90℃搅拌过夜。反应液浓缩干后倒入水中，用二氯甲烷萃取，有机相浓缩，经快速制备液相色谱纯化(DCM/MeOH＝0％-8％)得到化合物11(0.719g,产率57.20％)，为黄色蜡状固体。MS:m/z[M+H]$^{+}$＝847.8。$^{1}$H NMR(400MHz,CDCl$_{3}$)δ4.05(t,J＝6.7Hz,4H),3.85-3.80(m,4H),3.46-3.41(m,4H),2.32-2.26(m,2H),1.90(s,6H),1.68-1.52(m,16H),1.48-1.16(m,53H),0.86(t,J＝6.9Hz,12H)。

[0275] 实施例12脂质纳米颗粒的制备和表征

[0276] 1、阳离子脂质或本发明的化合物/DSPC/胆固醇/PEG-脂质以50:10:38.5:1.5的摩尔比制备。将二亚油基甲基-4-二甲基氨基丁酸酯(DLin-MC3-DMA,通常缩写为MC3)以及本发明的化合物1-化合物5分别与DSPC、胆固醇、PEG-DMG按照上述摩尔比溶于无水乙醇中。

[0277] 将荧光素酶mRNA(L-6107,TriLink BioTechnologies,Inc.)溶于100mM pH为4的无酶柠檬酸缓冲液中(mRNA浓度为0.2mg/mL),使得不同脂质载体的乙醇溶液与荧光素酶mRNA的缓冲液以1:3(体积/体积)混合(其中总脂质和mRNA的质量比为40:1),以12ml/min的流速通过微流体纳米药物制造系统(NanoAssemblr Ignite,加拿大)获得核酸脂质纳米颗粒A-F。

[0278] 获得的核酸脂质纳米颗粒立即以40倍体积稀释到1×DPBS缓冲液中。稀释后的核酸脂质纳米颗粒溶液通过超速离心管,浓缩达到目的体积。稀释后用于DLS粒径测量和包封效率检测。

[0279] 2、使用Malvern Zetasizer Nano ZS(Malvern UK),以173°反向散射检测模式通过动态光散射测定脂质纳米颗粒的粒径及多分散指数,测试结果见表2。

[0280] 根据制造商的说明,使用Quant-it Ribogreen RNA定量测定试剂盒(ThermoFisher Scientific,UK)确定脂质纳米颗粒的包封效率,测试结果见表2。

[0281] 表2

[0282]

| 脂质纳米颗粒 | 阳离子脂质化合物 | 粒径(nm) | PDI(多分散指数) | 包封率(%) |
|---|---|---|---|---|
| LNP A | MC3 | 82.3 | 0.05 | 93.4 |
| LNP B | 化合物1 | 75.8 | 0.06 | 95.3 |
| LNP C | 化合物2 | 78.4 | 0.03 | 93.8 |
| LNP D | 化合物3 | 68.9 | 0.06 | 89.7 |
| LNP E | 化合物4 | 72.4 | 0.05 | 90.1 |
| LNP F | 化合物5 | 65.4 | 0.07 | 97.4 |

[0283] 实施例13动物实验

[0284] 1、荧光素酶mRNA动物体内递送实验

[0285] 选择6-8周、雌性、体重约为18-20g的C57BL/6小鼠(购自江苏集萃药康)作为实验对象。

[0286] 按照实施例12中的方法,获得含有荧光素酶mRNA(luc mRNA)的核酸脂质纳米颗粒。

[0287] 通过尾静脉注射方式施用所获得的核酸脂质纳米颗粒(剂量为0.2mg/kg),并在施用后的4小时处死小鼠。将肝脏收集在经过预称重的管中,确定重量,切割约50mg,测量小鼠肝脏中荧光素酶表达量(单位为:ng/g(荧光素酶/小鼠肝脏)),表达结果参见下表3。

[0288] 表3

[0289]

| 脂质纳米颗粒 | 阳离子脂质化合物 | ng/g(荧光素酶/小鼠肝脏) |
|---|---|---|
| LNP A | MC3 | 4120±719 |
| LNP B | 化合物1 | 8556±1517 |
| LNP D | 化合物3 | 20117±2365 |
| LNP E | 化合物4 | 11386±2206 |

| | | |
|---|---|---|
| LNP F | 化合物5 | 6102±1078 |

[0290] 2、靶向PCSK9的碱基编辑器ABE8e的mRNA、sgRNA递送实验

[0291] 血液中的胆固醇主要由肝脏合成，肝脏也是分解多余胆固醇的主要器官，在肝脏表面，存在一种低密度脂蛋白LDL受体(LDLR)，LDL受体能够与循环回到肝脏的胆固醇结合，进而将胆固醇分解为胆汁酸，经过肠道排泄到体外；PCSK9是一种肝脏合成的蛋白酶，能够与LDL受体结合，促进LDL受体进入肝细胞，导致LDL受体被溶酶体降解，LDL受体数量减少；因此而抑制PSCK9这种酶的活性，就能够增加LDLR的数量，从而加强对胆固醇的摄取和分解能力。基础和临床研究表明，PCSK9基因是一个治疗高血脂症、动脉粥样硬化症的有效靶点。图1示出了对PCSK9基因特定位点编辑前后导致的LDL受体的数量变化及最终导致的胆固醇代谢的改变。

[0292] 小鼠肝脏细胞PCSK9基因编辑递送的策略如图1所示，主要流程如下：通过静脉注射，利用制备出的脂质纳米颗粒将编码ABE8e的mRNA、sgRNA靶向递送至小鼠肝细胞，在ABE8e、sgRNA的作用下，在PCSK9基因引入突变，在特定位点实现碱基A到G的突变，通过测序计算出编辑效率。

[0293] 具体实验设计如下：

[0294] (1)选择合适的突变位点及编辑设计

[0295] 单碱基编辑器ABE8e在不需要供体模板及不造成DSB的条件下实现A到G的碱基精准替换，基于此，选择PCSK9基因的第一外显子作为筛选突变位点。通过脂质纳米颗粒将编码单碱基编辑工具ABE8e的mRNA和sgRNA共同递送到动物体内，编码碱基编辑器ABE8e的mRNA在细胞质中被翻译成蛋白质，与sgRNA形成复合体后进入细胞核，在sgRNA指导下，碱基编辑器ABE8e靶向PCSK9基因第一外显子剪接供体位点，将第一外显子模板链上的腺嘌呤(A)脱氨变成肌苷(I)，I在DNA水平会被当成G进行读码与复制，最终实现A到G的替换，从而破坏剪接供体位点使得PCSK9基因阅读框提前终止。

[0296] (2)碱基编辑器ABE8e的mRNA、sgRNA制备

[0297] 选定小鼠PCSK9基因(NCBI Gene ID:100102)第一外显子、第一内含子的序列作为靶向区域，确定PCSK9基因单碱基编辑的靶点序列PCSK9-sgRNA。

[0298] 通过分析PCSK9基因的跨第一外显子与内含子的序列，设计出靶向区域的sgRNA：PCSK9-sgRNA(由南京金斯瑞公司合成)，所述PCSK9-sgRNA序列为：

[0299] PCSK9-sgRNA:5’-CCCATACCTTGGAGCAACGG-3’(SEQ ID NO:1)；

[0300] 本实验所采用的的碱基编辑器ABE8e为David R.Liu团队所进化出的高效碱基编辑器ABE8e(Richter MF,Zhao KT,Eton E,Lapinaite A,Newby GA,Thuronyi BW,Wilson C,Koblan LW,Zeng J,Bauer DE,Doudna JA,Liu DR.Phage-assisted evolution of an adenine base editor with improved Cas domain compatibility and activity.Nat Biotechnol.2020Jul;38(7):883-891.doi:10.1038/s41587-020-0453-z.Epub 2020Mar 16.Erratum in:Nat Biotechnol.2020May 20;:PMID:32433547;PMCID:PMC7357821)。实验室合成ABE8e的mRNA备用。

[0301] (3)动物研究

[0302] 将包封编码碱基编辑器ABE8e的mRNA和sgRNA的、包含本发明的化合物(参见表2)的脂质纳米颗粒，以0.5mg/kg剂量通过尾静脉注射经全身施用于6-7周龄的C57BL/6雌性小

鼠(购自江苏集萃药康公司)。

[0303] 将包封碱基编辑器ABE8e的mRNA和sgRNA的、包含二亚油基甲基-4-二甲基氨基丁酸酯(DLin-MC3-DMA,缩写为MC3)的脂质纳米颗粒以类似方式施用于周龄和性别相当组的小鼠作为阳性对照。另外,还将PBS缓冲液以类似方式尾部静脉注射周龄和性别相当组的小鼠作为阴性对照。

[0304] (4)编辑效率检测

[0305] 小鼠给药一周后进行编辑效率检测,将小鼠处死后取肝脏组织,裂解后提取基因组,通过深度测序进行效率分析。

[0306] 深度测序步骤如下:

[0307]

| SEQ ID NO: | 序列对象 | 序列 |
|---|---|---|
| 2 | PCSK9-F2 | 5’-ACCAGACGGCTAGATGAGCA-3’ |
| 3 | PCSK9-R2 | 5’-CCCAGGACGAGGATGGAGATTA-3’ |

[0308] PCR程序如下:

[0309]
①94℃,2min
②98℃,10s
③60℃,30s
④68℃,20s
(②-④ 34x)
⑤68℃,5min

[0310] PCR结束后通过凝胶电泳验证,选择大小合适且单一的条带,确定扩增产物正确,并将获得的PCR产物,送至南京金斯瑞公司测序。将深度测序结果通过crispresso软件分析读数,进行特异性位点分析,实现编辑效率计算,计算结果参见图2。

[0311] 如表2、表3和图2所示出的,本发明所采用的阳离子脂质化合物能够有效递送核酸分子、小分子化合物等药物;且通过对比,本发明的脂质纳米颗粒粒径分布较好,包封率高,且递送效果明显好于对比脂质纳米颗粒,能够满足体内递送的需求。

[0312] 以上示例性实施方式所呈现的描述仅用以说明本发明的技术方案,并不想要成为毫无遗漏的,也不想要把本发明限制为所描述的精确形式。显然,本领域的普通技术人员根据上述教导做出很多改变和变化都是可能的。选择示例性实施方式并进行描述是为了解释本发明的特定原理及其实际应用,从而使得本领域的其它技术人员便于理解、实现并利用本发明的各种示例性实施方式及其各种选择形式和修改形式。本发明的保护范围意在由所附权利要求书及其等效形式所限定。


LNP制备
阳离子脂质
DSPC
choline
DMG-PEG
ABE mRNA
sgRNA
静脉注射
核酸脂质纳米颗粒
LNP进入肝细胞内
ABE碱基编辑器编辑PCSK9基因
细胞内吞
PH改变
sgRNA
核酸释放
ABE碱基编辑器
ABE/sgRNA复合体
进入细胞核
PCSK9基因碱基编辑
G
A
转录
蛋白翻译提前终止
PCSK9编辑后降低低密度脂蛋白胆固醇
LDL受体
PCSK9蛋白
LDL-C
细胞内吞
细胞内吞
溶酶体降解LDL受体
LDL受体重循环
LDL-C分解
PCSK9编辑前
PCSK9编辑后

图1




图2