**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BEAM THERAPEUTICS INC.,<br>*Plaintiff,*<br><br>v.<br><br>ZI JUN (EMMA) WANG, YUXUAN (JENSEN) WU, SHANGHAI YAOTANG BIOTECHNOLOGY, CO., LTD., a/k/a YOLTECH THERAPEUTICS, and SERAPHA BIO, INC.<br>*Defendants.* | No. 1:26-cv-14414-FDS |

**DEFENDANT SERAPHA BIO, INC.'S**
**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF BEAM THERAPEUTICS INC.'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), and with the assent of Plaintiff Beam Therapeutics Inc., Defendant Serapha Bio, Inc. respectfully moves for an extension of time to file its response to Beam's complaint from October 20, 2026, to and including January 19, 2027.

In support of his motion, Serapha states as follows:

1. On September 25, 2026, Beam filed its complaint against Defendants, including Serapha, alleging misappropriation of trade secrets in violation of M.G.L. c. 93, § 42 *et seq.*; misappropriation of trade secrets in violation of 18 U.S.C. § 1836; tortious interference with the contract between Beam and Defendant Emma Wang; unjust enrichment; and unfair and deceptive trade practices in violation of M.G.L. c. 93A, § 11. D.E. 1.

2. On September 29, 2026, Beam served Serapha through its registered agent. D.E. 7.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), Serapha must file its response to Beam's complaint by October 20, 2026.

4. The civil action also involves claims against two foreign parties, Defendants Yuxuan (Jensen) Wu and Defendant Shanghai Yaotang Biotechnology Co., Ltd., a/k/a YolTech Therapeutics, who allegedly reside in China and, as of this filing, have not yet been served.

5. The requested extension will enable Serapha to investigate Beam's claims and confer with other Defendants.

6. It will also promote judicial economy by giving Beam additional time to serve the two foreign Defendants and, thus, for all Defendants' responses to Beam's complaint to remain on the same schedule.

7. As noted above, Beam assents to the relief requested.

WHEREFORE, Defendant Serapha Bio, Inc. respectfully requests that this Court extend the deadline for its response to Plaintiff Beam Therapeutics Inc.'s complaint from October 20, 2026, to and including January 19, 2027.

Respectfully submitted,

**SERAPHA BIO, INC.**

By its attorneys,

*/s/ Daniel N. Marx*
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
*dmarx@fickmarx.com*

Dated: October 14, 2026

## CERTIFICATE OF SERVICE

I, Daniel N. Marx, certify that this document filed on October 14, 2026, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Daniel N. Marx*
Daniel N. Marx