**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| BEAM THERAPEUTICS INC.,<br><br>Plaintiff,<br><br>v.<br><br>ZI JUN (EMMA) WANG, YUXUAN (JENSEN) WU, SHANGHAI YAOTANG BIOTECHNOLOGY, CO., LTD., a/k/a YOLTECH THERAPEUTICS, and SERAPHA BIO, INC.,<br><br>Defendants. | Case No. 1:26-cv-14414-FDS |

**DEFENDANT ZI JUN (EMMA) WANG'S**
**ASSENTED-TO MOTION FOR AN EXTENSION OF TIME TO RESPOND TO**
**PLAINTIFF BEAM THERAPEUTICS INC.'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), and with the assent of Plaintiff Beam Therapeutics Inc., Defendant Zi Jun (Emma) Wang respectfully moves for an extension of time to file her response to Beam's complaint from October 20, 2026, to and including January 19, 2027.

In support of her motion, Dr. Wang states as follows:

1. On September 25, 2026, Beam filed its complaint against Defendants, including Dr. Wang individually, alleging misappropriation of trade secrets in violation of 18 U.S.C. § 1836; misappropriation of trade secrets in violation of M.G.L. c. 93, § 42 et seq.; breach of contract by Dr. Wang; unjust enrichment; and unfair and deceptive trade practices in violation of M.G.L. c. 93A, § 11. D.E. 1.

2. The current deadline for Dr. Wang to answer or otherwise respond to Beam's complaint is October 20, 2026.

3. The civil action also involves claims against two foreign parties, Defendants Yuxuan (Jensen) Wu and Shanghai Yaotang Biotechnology Co., Ltd., a/k/a YolTech Therapeutics, who allegedly reside in China and, as of this filing, have not yet been served.

4. The requested extension will allow Dr. Wang time to investigate Beam's claims, confer with other Defendants, and will also promote judicial economy by giving Beam additional time to serve the two foreign Defendants and, thus, for all Defendants' responses to Beam's complaint to remain on the same schedule.

5. Counsel for Beam and Dr. Wang have met and conferred regarding this motion and Beam assents to the relief requested.

WHEREFORE, Defendant Zi Jun (Emma) Wang respectfully requests that the Court extend the deadline for her response to Plaintiff Beam Therapeutics Inc.'s complaint from October 20, 2026, to January 19, 2027.

Dated: October 15, 2026

Respectfully submitted,

*/s/ Nathaniel R. Mendell*
Nathaniel R. Mendell (BBO# 645283)
*nmendell@mofo.com*
MORRISON & FOERSTER LLP
200 Clarendon Street, 21st Floor
Boston, MA 02116
(617) 648-4795

*Attorney for Zi Jun (Emma) Wang*

CERTIFICATE OF SERVICE

I, Nathaniel R. Mendell, certify that this document filed on October 15, 2026, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Nathaniel R. Mendell*
Nathaniel R. Mendell